```
 1                  UNITED STATES BANKRUPTCY COURT

 2           CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

 3                            --oOo--

 4  In Re:                           )  Case No. 2:21-bk-18205-DS
                                     )
 5  CRESTLLOYD, LLC,                 )  Chapter 11
                                     )  Los Angeles, California
 6                                   )
    Debtor,                          )  Thursday, 11:30 A.M.
 7                                   )  December 2, 2021
    ------------------------------X
 8
                                        STATUS HEARING RE:
 9                                      [1] CHAPTER 11 VOLUNTARY
                                        PETITION NON-INDIVIDUAL
10

11              TRANSCRIPT OF ZOOM PROCEEDINGS
           BEFORE THE HONORABLE DEBORAH SALTZMAN
12              UNITED STATES BANKRUPTCY JUDGE

13

14  APPEARANCES:

15  For the Debtor:         DAVID B. GOLUBCHIK, ESQ.
                            Levene Neale Bender Yoo &
16                             Golubchik, LLP
                            2818 La Cienga Avenue
17                          Los Angeles, California  90034

18  For Hankey Capital:     THOMAS M. GEHER, ESQ.
                            Jeffer Mangels Butler &
19                             Mitchell, LLP
                            1900 Avenue of the Stars
20                          Seventh Floor
                            Los Angeles, California  90067
21
    For the U.S. Trustee:   NOREEN MADOYAN, ESQ.
22                          U.S. Trustee's Office
                            915 Wilshire Boulevard
23                          Suite #1850
                            Los Angeles, California  90017
24
    Proceedings produced by electronic sound recording;
25  transcript produced by transcription service.
```



P 888.272.0022  F 818.343.7119    BENHYATT Certified Deposition Reporters    www.benhyatt.com

```
 1  For the Receiver:         JESSICA WELLINGTON, ESQ.
                              BG Law, LLP
 2                            21650 Oxnard Street
                              Suite #500
 3                            Woodland Hills, California 91367

 4  For Inferno Investment:   MATTHIEU ROBILLARD, ESQ.

 5  Court Recorder:           Dawnette Francis
                              U.S. Bankruptcy Court
 6                            Central District of California
                              Edward R. Roybal Federal Building
 7                                and Courthouse
                              255 East Temple Street, Room #940
 8                            Los Angeles, California  90012
                              (855) 460-9641
 9
    Court Transcriptionist:   Ruth Ann Hager, C.E.T.**D-641
10                            Ben Hyatt Certified Deposition
                                 Reporters
11                            17835 Ventura Boulevard, Suite 310
                              Encino, California  91316
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

P 888.272.0022  F 818.343.7119        www.benhyatt.com

```
 1          LOS ANGELES, CALIFORNIA, THURSDAY, DECEMBER 2, 2021
 2                              11:36 A.M.
 3                                --oOo--
 4          THE CLERK:  Please come to order.  This court is
 5   now in session, the Honorable Deborah J. Saltzman
 6   presiding.
 7          THE COURT:  Thank you.  Good morning.  It is
 8   December 2, 2021.  This is the Bankruptcy Court for the
 9   Central District of California, Los Angeles Division.  We
10   are all appearing on Zoom this morning.  Thank you,
11   everyone, for following the instructions on the Court's
12   calendar and website and for assisting my law clerk in
13   recording your appearances this morning.
14          We only have one matter on calendar, so we'll
15   just right to it --
16          COMPUTER VOICE:  You are muted.  You can mute or
17   unmute yourself by pressing *6.
18          THE COURT:  -- (indiscernible) law clerk
19   (indiscernible).  When I call your name just state your
20   full name for the record and who you represent.  When I get
21   to the end of that list if there is anyone else who is
22   intending to speak on our matter today, just please let me
23   know your full name and who you represent.
24          Mr. Golubchik, good morning.
25          MR. GOLUBCHIK:  Good morning, Your Honor.  David
```

```
Page                                                              4
```

1  Golubchik, Levene Neale Bender Yoo & Golubchik, on behalf
2  of the debtor.  And Lawrence Perkins with SCP, which is the
3  manager of the debtor, is on audio, I believe, or he's with
4  us somehow.
5              THE COURT:  Okay.  Good morning.
6              Mr. Geher, good morning.
7              MR. GEHER:  Good morning, Your Honor.  Thomas M.
8  Geher, Jeffers Mangels Butler and Mitchell, for secured
9  creditor Hankey Capital, LLC.
10             THE COURT:  Ms. Wellington, good morning.
11             MS. WELLINGTON:  Good morning, Your Honor.
12 Jessica Wellington of Brutkus Gubner appearing on behalf of
13 Theodore Lane, the court-appointed receiver.  We're just
14 here for observational purposes.
15             THE COURT:  Okay.  Mr. Robillard, good morning.
16             MR. ROBILLARD:  Good morning, (indiscernible).
17 I'm the (indiscernible) counsel for Inferno Investment
18 Corporation, secured creditor.
19             THE COURT:  And Ms. Madoyan, good morning.
20             MS. MADOYAN:  Good morning, Your Honor.  Noreen
21 Madoyan on behalf of the U.S. Trustee.
22             THE COURT:  Is anyone else intending to speak to
23 anything this morning?
24             (No response.)
25             Okay.  Mr. Golubchik, thank you for the status

Page                                                                          5

1  report.  What would you like to fill us in on today?
2             MR. GOLUBCHIK:  So we have a few updates, Your
3  Honor, in addition to the status report.  As the Court
4  knows, we submitted a stipulation with Mr. Lane, who's the
5  receiver, and Hankey and Mr. Lane has been very helpful in
6  the transition.  That stipulation terminated on the 30th.
7  Assets are being transferred or have been transferred to
8  the debtor under Mr. Perkins' control, so going forward it
9  will be purely a debtor-in-possession situation.
10            We have been speaking with numerous brokers and
11 we have lined up a group update on the status report of two
12 boots on the ground, broker on one, International Auction
13 House.  The plan at this time is to prepare the property
14 slightly and have an auction in the beginning of February
15 of 2022, with a hopeful closing by the end of February '22.
16 So it's going to be a relatively quick case.
17            There are expenses maintaining the property,
18 insurance, things like that.  We have received numerous
19 proposals.  We anticipate probably by middle of next week
20 filing a motion for DIP financing on a priming basis.  And
21 otherwise, I think right now everything is proceeding
22 smoothly to where we need to go.  At the same time we're
23 keeping other parties in interest informed of the
24 development, so there's no hide-the-ball situation here.
25            THE COURT:  Okay.  It looks like in terms of

```
     Page                                                                6
 1   deadline the only thing you were looking to set today would
 2   be a bar date, is that right?
 3             MR. GOLUBCHIK:  Correct.
 4             THE COURT:  Okay.  When can you get the notice
 5   out?
 6             MR. GOLUBCHIK:  We can get the notice -- today is
 7   Thursday.  We can get the notice out this week.
 8             THE COURT:  Okay.
 9             MR. GOLUBCHIK:  By tomorrow.
10             THE COURT:  Okay.  So you've asked for
11   January 14th.
12             MR. GOLUBCHIK:  Correct.
13             THE COURT:  Okay.  Okay.  Let me turn to some of
14   the others who are here.
15             Ms. Madoyan, from your perspective, any issues?
16             MS. MADOYAN:  The only issue, Your Honor, and
17   I've discussed this with Mr. Golubchik, as well as
18   Mr. Perkins.  With the insurance, the insurance documents
19   provided to our office are insufficient.  They don't
20   provide sufficient coverage for the property.  I have been
21   informed by both Mr. Golubchik and Mr. Perkins that they
22   are in the process of obtaining significantly more coverage
23   and insurance for this type of property is -- you know, I
24   think it was in the words of Mr. Golubchik, not just
25   calling State Farm and asking for a policy.  So we are
```

1  cognizant of that, but I want to put on the record the
2  insurance is insufficient.  We are giving the debtor a
3  little bit of breathing room to obtain that, but we would
4  like to see that secured by the middle of December.  That's
5  the only issue that I'd like to raise at this time.
6           THE COURT:  Okay.  Do you think it would make
7  sense then to keep a status conference on calendar to make
8  sure that the debtor is in compliance?
9           MS. MADOYAN:  I would like to set another status
10 conference, perhaps mid-January, if possible, so that we
11 can also get a status update on the scale to the extent
12 that it is not moving -- to the extent that it is moving in
13 February.
14          THE COURT:  Okay.  Okay.  Thank you.
15          Anyone else?
16          MR. GOLUBCHIK:  Your Honor, may I clarify
17 something very important?
18          THE COURT:  Sure, go ahead.
19          MR. GOLUBCHIK:  I'd like to give credit where
20 credit is due.  As Mr. Perkins has said, it's not a simple
21 colloquy (indiscernible).  But yes, this -- as you can
22 tell, this is an unusual property.  We have been working a
23 long time to procure it.  Insurance is substantially higher
24 amount and we believe mid-December we should have -- we
25 should have it already.

```
Page                                                              8
 1              THE COURT:  Okay.  If I did have another status
 2   conference I wouldn't ask for a status report, you know, in
 3   the nature of what you just filed, but I think it might be
 4   a good idea to check in in January.
 5              MR. GOLUBCHIK:  That's fine.
 6              THE COURT:  Okay.  Anyone else with any issues?
 7              (No response.)
 8              Okay.  Well, let's do this.  It will be a short
 9   scheduling order, I guess, Mr. Golubchik with a bar date as
10   requested on January 14th.  The notice should go out by
11   tomorrow, December 3rd, and a continued status conference.
12   Let's see what dates we have.  I have January 6th and I
13   have the 13th.  And --
14              MR. GOLUBCHIK:  Your Honor, we're going to have a
15   final hearing on the utility motion on the 13th --
16              THE COURT:  Oh.
17              MR. GOLUBCHIK:  -- at 11:30.
18              THE COURT:  Okay.
19              MR. GOLUBCHIK:  -- (indiscernible) do that.
20              THE COURT:  Perfect, perfect.  So it will be a
21   continued status conference January 13th and -- oh, and my
22   only other question is once you're ready to file motions
23   regarding any sales, sale procedures, if you would just
24   call chambers for a hearing date because it may be
25   something that we'll want to put on its own time as opposed
```

```
Page                                                                    9
 1  to --
 2            MR. GOLUBCHIK:  Yes.
 3            THE COURT:  -- on a bigger calendar.
 4            MR. GOLUBCHIK:  We will do that.
 5            THE COURT:  Okay.
 6            MR. GOLUBCHIK:  Thank you.
 7            THE COURT:  Okay.  Great.  Anything else for
 8  today?
 9            MR. GOLUBCHIK:  Not for us.
10            THE COURT:  Okay.
11            MR. GOLUBCHIK:  Oh, Your Honor, Mr. Perkins is on
12  mute.  Unless he comes off mute in the next few seconds, we
13  have nothing.
14            THE COURT:  Okay.  All right.
15            MR. GOLUBCHIK:  Okay.  We're good.
16            THE COURT:  Well, thank you very much, everyone.
17  We will see you next in January.
18            MR. GOLUBCHIK:  Thank you very much.
19            THE COURT:  All right.  Thank you all.
20            ATTORNEYS:  Thank you, Your Honor.
21            THE COURT:  Have a good day.
22  (At 11:44 a.m.)
23                         * * * * * *
24
25
```



P 888.272.0022  F 818.343.7119        www.benhyatt.com

Page                                                                10

1        I certify that the foregoing is a correct
2   transcript from the electronic sound recording of the
3   proceedings in the above-entitled matter.
4
5   *Ruth Ann Hager*
6
7   _____        Date:  3/27/2022
8   RUTH ANN HAGER, C.E.T.**D-641

P 888.272.0022  F 818.343.7119         www.benhyatt.com