**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | |
|---|---|
| Crestlloyd, LLC <br><br> Debtor(s) | CASE NO.: 2:21-bk-18205-DS <br> ADVERSARY NO.: <br> APPEAL DOCKET ENTRY NO.: 272 |
| vs. <br><br> Plaintiff(s) <br><br><br> Defendant(s) | **NOTICE OF APPEAL DEFICIENCY TO APPELLANT [FRBP 8003(a)]** |

The Notice of Appeal filed in this case on (*date*) __04/11/2022__ has one or more of the following deficiencies that require either payment of the appropriate fee, and/or the filing of an Amended Notice of Appeal that includes the non-fee items listed below.  Fees and/or filings must be submitted to the United States Bankruptcy Court, Central District of California, within 14 days from the date of this notice.

☐ Notice of Appeal filing fee was not paid.

☐ Notice of Cross-Appeal filing fee was not paid.

☐ The Notice of Appeal does not conform substantially with the Notice of Appeal and Statement of Election (Official Form 417A):

  ☐ Does not include the title of order, judgment, or decree.
  ☐ Does not include the entered date of order, judgment, or decree.
  ☐ Does not include the ☐ names ☐ addresses ☐ telephone numbers of the opposing parties.
  ☐ Not signed by the Appellant.

☒ Does not include entered stamped copy of order, judgment, or decree.

KATHLEEN J. CAMPBELL
Clerk of Court

Date: 04/11/2022

By: __/s/ Sonny Milano__
Deputy Clerk

__213-894-1295__
Telephone Number

*January 2016*    **APPEAL.NOTICE.DEFICIENCY**