Hamid R. Rafatjoo (State Bar No. 181564)
**RAINES FELDMAN LLP**
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: 310.440.4100
Facsimile: 310.691.1367
E-mail: hrafatjoo@raineslaw.com

*Attorneys for Appellant Nile Niami*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | District Court Case No.: 2:22-cv-02091-FLA |
| CRESTLLOYD, LLC, | Bankruptcy Case No. 2:21-BK-18205-DS |
| Debtor. | Chapter 11 |
| | **APPELLANT'S STATEMENT OF ISSUES ON APPEAL** |
| | [No Hearing Required] |
| | Date Notice of Appeal Filed: 3/28/2022 |
| | Appeal Docket Entry No. 249 |

1

3009344.1

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a), appellant Nile Niami hereby submits this statement of issues to be presented on his appeal from the Bankruptcy Court's order approving the sale of the Debtor's unique real property [Docket No. 247] (the "**Sale Order**")[1] that is currently pending before the District Court as Case No. 2:22-cv-02091-FLA:

**STATEMENT OF ISSUES**

1.  Whether the Bankruptcy Court erred in approving compensation for and payment of the Debtor's Brokers, the Buyer's Brokers, and the Auctioneer.

Dated: April 11, 2022    **RAINES FELDMAN LLP**

By   /s/ Hamid R. Rafatjoo
    Hamid R. Rafatjoo
*Attorneys for Appellant Nile Niami*

---

[1] Capitalized terms used and not defined herein have the meaning ascribed in the Sale Order.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):
**APPELLANT'S STATEMENT OF ISSUES ON APPEAL**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 11, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**     kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**     tma@lnbyg.com
- **Jerrold L Bregman**     jbregman@bg.law, ecf@bg.law
- **Marguerite Lee DeVoll**     mdevoll@watttieder.com, zabrams@watttieder.com
- **Danielle R Gabai**     dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Thomas M Geher**     tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **David B Golubchik**     dbg@lnbyg.com, stephanie@lnbyb.com
- **James Andrew Hinds**     jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Robert B Kaplan**     rbk@jmbm.com
- **Jane G Kearl**     jkearl@watttieder.com
- **Jennifer Larkin Kneeland**     jkneeland@watttieder.com, zabrams@watttieder.com
- **Michael S Kogan**     mkogan@koganlawfirm.com
- **Noreen A Madoyan**     Noreen.Madoyan@usdoj.gov
- **Ryan D O'Dea**     rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sharon Oh-Kubisch**     sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Ronald N Richards**     ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Victor A Sahn**     vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **William Schumacher**     wschumac@milbank.com, autodocketecf@milbank.com
- **David Seror**     dseror@bg.law, ecf@bg.law
- **Zev Shechtman**     zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Mark Shinderman**     mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                  **F 9013-3.1.PROOF.SERVICE**
3002439.1

- **Lindsey L Smith**  lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**  gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
- **Jessica Wellington**  jwellington@bg.law, ecf@bg.law

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 4/11/2022 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/11/2022 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
3002439.1

**F 9013-3.1.PROOF.SERVICE**

**SERVED BY UNITED STATES MAIL**:

<u>Crestlloyd, LLC (Debtor)</u>
David B. Golubchik (SBN 185520)
Todd M. Arnold (SBN 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034

<u>Richard Saghian (Buyer)</u>
Samuel A. Newman (SBN 217042)
Genevieve G. Weiner (SBN 254272)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013

Amy P. Lally (SBN 198555)
SIDLEY AUSTIN LLP
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067

The Beverly Hills Estates / Compass (Broker)
R. Williams & B. Williams & A. Kirman
8878 Sunset Blvd
West Hollywood CA 90069

Compass (Broker)
Aaron Kirman
9378 Wilshire Blvd #200
Beverly Hills, CA 90212

Concierge Auctions (Auctioneer)
228 Park Avenue S
PMB 70835
New York, NY 10003-1502

Concierge Auctions (Auctioneer)
405 Lexington Avenue, 26th Floor
New York, NY 10174

Hilton & Hyland (Broker)
257 North Cañon Drive
Beverly Hills, CA 90210

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

3002439.1

**F 9013-3.1.PROOF.SERVICE**