



**FILED**
APR 1 4 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

Notice of and Application for Order

Case No: 2:21-bk-18205 {CREST LLOYD, LLC debtor}

Without waiving any right, remedy, or defense, whereas, I, Edward Roark ("Roark") of the family Schwagerl, sui juris, at all times clothed in prerogative powers, am competent with intent and purpose as Grantor/Settlor* of trust filed "Letter of Wishes" (No. 221 attached hereto and included herewith by reference), now coming as the beneficiary in the above named bankruptcy action, in good faith at will makes application to this court of equity for an extra-territorial decree declaring the trust, conveyance of the legal title to me as beneficiary, and, that the clerk be directed to issue writ of assistance to the United States Marshal, in expeditious fashion, for execution and delivery of the deed of conveyance, possession of the property/corpus both real and personal, within the trust, and entry →→→

\* Maxim of Equity "Equity imputes an intent to fulfill an obligation". "Equity regards the beneficiary as the true owner".

COVER PAGE

Judge Deborah J. Saltzman at Chambers
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

In re : Case No.: 2:21-bk-18205 CRESTLLOYD, LLC, debtor

Notice of special important mail matter in transit USPS Certified mail number 7021 0350 000 0708 8715.

# SPECIAL – PRIVILEGED - CONFIDENTIAL

7021 0350 0000 0708 8715



## Notice of and Application for Order

[Case No.: 2:21-bk-18205 CRESTLLOYD, LLC, debtor],

Without waiving any right, remedy, or defense, whereas I, Edward Roark ("Roark") of the family Schwagerl, sui juris, at all times clothed in prerogative powers, am competent with intent and purpose as Grantor/Settlor[1] of trust filed "Letter of Wishes" (no. 221 attached hereto and included herewith by reference), now coming as the beneficiary in the above named bankruptcy action, in good faith at will, makes application to this court of equity for an extra-territorial decree declaring the trust, conveyance of the legal title to me as beneficiary, and, that that the clerk be directed to issue writ of assistance to the United States Marshal, in expeditious fashion, for

e.r.s.

---

[1] "Maxims of Equity "Equity imputes an intent to fulfill an obligation. Equity regards the beneficiary as the true owner."

- 1 -

execution and delivery of the deed of conveyance, possession of the property/corpus both real and personal, within the trust, and entry upon the estate, and directed to mail said signed decree, chattels and accounting to mailing location in care of post office box 120353, Saint Paul, Minnesota. postal code 55112 via registered mail restricted signature.   e.r.s.

In good faith at will this 2459680.38991 Julian day, or 10ᵗʰ Gregorian day, 2022 [i.1022] year of our lord.

[seal]

Roark. Beneficiary. Applicant. Sui Juris.
Schwagerl, Edward Roark,
c/o #120353 Rural Route C770, Saint Paul, Minnesota.
Non-commercial First Class.
Tel. +1 (612) 720-3784



Certified Mail #7021 0350 0000 0708 8715
Page 2 of 2                                        4/10/22

# STAMP DUTY DEED TAX
# PAID TEN DOLLARS









FROM THE DESK OF
schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
*RR662692550us29trust@gmail.com*
tel. +1 612-720-3784
*D/B/A EDWARD ROARK SCHWAGERL*
*Within Const. Art. IV Sec 3 Cl 1 without the State-Territory-District*



TENDER RR662692550US-32.001 for "THE ONE"
GIVEN FOR PATENT RIGHT IN GOOD FAITH
SELF-LIQUIDATING PAPER
SUBROGEE TO CRESTLLOYD, LLC, BANKRUPT ESTATE
$295000000.00 UNITED STATES DOLLARS
parcel 213112602014001 & 216030602010001
Latitude 34.088720   Longitude -118.452010
Land Lot Size: 166626 Sq. Ft. 3.8298 Acres

RE 637 835 923 US











### USPS Receipt 1

**NEW BRIGHTON**
**525 MAIN ST**
**SAINT PAUL, MN 55112-9998**
**(800)275-8777**

03/01/2022                           03:49 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| $5 Statue Freedom | 4 | $5.00 | $20.00 |
| $1 Statue Freedom | 10 | $1.00 | $10.00 |
| First-Class Mail Package | 1 | | $4.80 |

Los Angeles, CA 90012
Weight: 0 lb 2.60 oz
Estimated Delivery Date
Sat 03/05/2022

Registered Mail®                         $14.35
  Amount: $1.00
  Tracking #:
    RE6378358172US
Return Receipt                            $3.05
  Tracking #:
    9590 9402 7012 1225 8063 49
Affixed Postage                          -$22.20
  Affixed Amount: $22.20
Total                                     $0.00

Grand Total:                             $30.00

---

### USPS Receipt 2

**NEW BRIGHTON**
**525 MAIN ST**
**SAINT PAUL, MN 55112-9998**
**(800)275-8777**

02/14/2022                           03:34 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| $5 Statue Freedom | 8 | $5.00 | $40.00 |
| $1 Statue Freedom | 10 | $1.00 | $10.00 |
| Priority Mail® 2-Day | 1 | | $17.90 |

Los Angeles, CA 90012
Weight: 2 lb 5.40 oz
Expected Delivery Date
Thu 02/17/2022

Registered Mail®                         $14.35
  Amount: $2.75
  Tracking #:
    RE637835923US
Return Receipt                            $3.05
  Tracking #:
    9590 9402 7012 1225 8063 56
Affixed Postage                          -$35.30
  Affixed Amount: $35.30
Total                                     $0.00

Grand Total:                             $50.00





