DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 Case |
| Debtor and Debtor in Possession. | **OPTIONAL APPELLEE STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT** |

1

Official Form 417B (12/15)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# OPTIONAL APPELLEE STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT

**This form should be filed only if all of the following are true:**

- this appeal is pending in a district served by a Bankruptcy Appellate Panel,
- the appellant(s) did not elect in the Notice of Appeal to proceed in the District Court rather than in the Bankruptcy Appellate Panel,
- no other appellee has filed a statement of election to proceed in the district court, and
- you elect to proceed in the District Court.

## Part 1: Identify the appellee(s) electing to proceed in the District Court

1. Name(s) of appellee(s):   Crestlloyd, LLC

2. Position of appellee(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ❏ Plaintiff
   ❏ Defendant
   ❏ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ❏ Creditor
   ❏ Trustee
   ❏ Other (describe) _____

## Part 2: Election to have this appeal heard by the District Court (applicable only in certain districts)

I (we) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 3: Sign below

/s/ Todd M. Arnold                                       Date: 04/19/2022
Signature of attorney for appellee(s) (or appellee(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellee(s) if not represented by an attorney):
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK LLP
David B. Golubchik (SBN 185520)
Todd M. Arnold (SBN 221868)
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Email:     dbg@lnbyg.com; tma@lnbyg.com

Official Form 417B        Optional Appellee Statement of Election to Proceed in District Court