DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 Case |
| Debtor and Debtor in Possession. | **DEBTOR'S NOTICE OF MONTHLY FEE STATEMENT OF SIERRACONSTELLATION PARTNERS, LLC** |
| | [March 1, 2022 through March 31, 2022] |
| | [No Hearing Required, Unless Timely Opposition and Request for a Hearing is Filed] |

**PLEASE TAKE NOTICE** that, (A) on October 28, 2021, Crestlloyd, LLC, the Chapter 11 debtor and debtor in possession herein (the "Debtor"), filed a *Notice of Setting/Increasing Insider Compensation* (the "Notice of Insider Compensation") for SierraConstellation Partners LLC/Lawrence R. Perkins ("SCP") and served it on the UST and other parties, (B) on November 16, 2021, the United States Trustee (the "UST") filed its *Objection To Notice Of Insider Compensation* (the "Objection") [Dkt. 35] objecting to SCP's Notice of Insider Compensation, (C) on December 13, 2021, the Debtor filed its *Stipulation [With the UST] (1) Resolving UST Objection To Notice Of Insider Compensation And (2) Vacating Hearing Thereon* (the "Insider Compensation Stipulation") [Dkt. 72], (D) on December 16, 2021, the Court entered its *Order Approving Stipulation [With the UST] (1) Resolving UST Objection To Notice Of Insider Compensation And (2) Vacating Hearing Thereon* (the "Insider Compensation Order") [Dkt. 77].

**PLEASE FURTHER TAKE NOTICE THAT**, pursuant to the Insider Compensation Stipulation and Insider Compensation Order, "SCP must file monthly fee statements [each a "Fee Statement"] and serve the UST therewith, and, absent an objection by the UST or some other party in interest within seven (7) days thereafter, the fees and costs may be paid in full.  In the event of an objection, the undisputed portion may be paid without prejudice to the balance subject to order of the Court."

**PLEASE FURTHER TAKE NOTICE THAT**, consistent with the foregoing procedure, on December 12, 2021, the Court entered its *Interim Order* [the "DIP Order" [Dkr. 70]] *Granting Motion For Order: (I) Authorizing Debtor To Obtain Senior Secured Postpetition Financing Pursuant To Section 364 Of The Bankruptcy Code, (II) Granting Super-Priority Administrative Claims And Senior Liens, (III) Scheduling A Final Hearing, And (IV) Granting Related Relief* [the "DIP Motion") [Dkt. 66]], which, *inter alia*, granted the DIP Motion on an interim basis and approved the terms of the DIP Loan Documents,[1] which provide, among other things, that:

> Loan Proceeds shall be used solely in accordance with the Budget, including for payment of the Facility Fee, Lender's reasonable attorneys' fees and costs incurred in making and documenting the Loan, title insurance premiums, escrow fees, the Extension Fee,

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the DIP Motion.

and the Carve Out and Borrower's working capital needs and to administer the Chapter 11 Case, including insurance, repair, maintenance and construction costs with respect to the Property. With respect to the fees and costs of the Manager of the Debtor [*i.e.*, SCP], Manager [*i.e.*, SCP] shall file monthly fee statements and, absent an objection within seven (7) days thereafter, the fees and costs may be paid in full. In the event of an objection, the undisputed portion may be paid without prejudice to the balance subject to order of the Court.

**PLEASE FURTHER TAKE NOTICE THAT**, pursuant to the Insider Compensation Stipulation, Insider Compensation Order, DIP Motion, and DIP Order, SCP hereby files its Fee Statement for the period from March 1, 2022 through March 31, 2022. SCP reserves its right to supplement, amend, or modify the Fee Statement to include fees and/or expenses incurred during the foregoing period not covered in the attached Fee Statement or incurred subsequent to March 31, 2022.

Annexed as **Exhibit "A"** hereto is the name of each professional who performed services for the Debtor in connection with this chapter 11 case during the period covered by this Fee Statement and the hourly rate and total fees for each professional during such period.

Annexed as **Exhibit "B"** hereto is the summary of hours in this Fee Statement broken up by partner and task.

Annexed as **Exhibit "C"** hereto are the detailed time entries for the period covered by this Fee Statement.

Annexed as **Exhibit "D"** hereto is the summary of expenses included in this Fee Statement.

Annexed as **Exhibit "E"** hereto are the detailed entries for the expenses covered by this Fee Statement.

**PLEASE TAKE FURTHER NOTICE that objections, if any, to this Fee Statement must be filed with the Court and served so as to be received by the undersigned counsel to the Debtor no later than seven (7) days after the filing of this Fee Statement.**

**PLEASE TAKE FURTHER NOTICE** that, (A) if no objection is properly and timely filed and served in accordance with the above procedures, the Debtor will pay SCP the fees and

expense set forth in this Fee Statement (provided such payment is consistent with the Budget) and (B) if an objection is properly and timely filed and served in accordance with the above procedures, (1) the Debtor will pay SCP the undisputed portion of fees and expenses set forth in this Fee Statement (provided such payment is consistent with the Budget) and (2) any disputed portion of fees and expenses set forth in this Fee Statement shall be subject to review and further order by the Court.

Dated: April 22, 2022                    CRESTLLOYD, LLC

                                         */s/ Todd M. Arnold*
                                         DAVID B. GOLUBCHIK
                                         TODD M. ARNOLD
                                         LEVENE, NEALE, BENDER, YOO
                                             & GOLUBCHIK L.L.P.
                                         Attorneys for Debtor and Debtor in Possession

# EXHIBIT "A"

**Summary of SierraConstellation Partners Professional Fees by Consultant**
For the Period March 1st through March 31st

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Lawrence Perkins | CEO | $790 | 104.30 | $82,397.00 |
| Miles Staglik | Senior Director | $580 | 123.40 | $71,572.00 |
| Colin Moran | Associate | $235 | 72.00 | $16,920.00 |
| | | | **299.7** | **$170,889.00** |

# EXHIBIT "B"

**Summary of SierraConstellation Partners Professional Fees by Activity**
For the Period March 1st through March 31st

| Activity / Consultant | Title | Hours | Rate | Total |
|---|---|---|---|---|
| **Asset Sales/Financing Process Support** | | | | |
| Lawrence Perkins | CEO | 51.40 | $790 | $40,606 |
| Miles Staglik | Senior Director | 18.30 | $580 | $10,614 |
| Colin Moran | Associate | 21.20 | $235 | $4,982 |
| *Activity Total* | | 90.90 | | $56,202 |
| | | | | |
| **Business Operations, Cash Management & CRO Support** | | | | |
| Lawrence Perkins | CEO | 41.20 | $790 | $32,548 |
| Miles Staglik | Senior Director | 68.00 | $580 | $39,440 |
| Colin Moran | Associate | 9.60 | $235 | $2,256 |
| *Activity Total* | | 118.80 | | $74,244 |
| | | | | |
| **Case Administration** | | | | |
| Miles Staglik | Senior Director | 6.80 | $580 | $3,944 |
| Lawrence Perkins | CEO | 0.00 | $790 | $0 |
| Colin Moran | Associate | 29.00 | $235 | $6,815 |
| *Activity Total* | | 35.80 | | $10,759 |
| | | | | |
| **Court Filings/Pleadings, Plan and Disclosure Statement** | | | | |
| Miles Staglik | Senior Director | 19.30 | $580 | $11,194 |
| Lawrence Perkins | CEO | 0.00 | $790 | $0 |
| Colin Moran | Associate | 0.00 | $235 | $0 |
| *Activity Total* | | 19.30 | | $11,194 |
| | | | | |
| **Court Hearing/341 Meetings/Preparation & Attendance at Hearings** | | | | |
| Miles Staglik | Senior Director | 11.00 | $580 | $6,380 |
| Lawrence Perkins | CEO | 11.70 | $790 | $9,243 |
| Colin Moran | Associate | 11.70 | $235 | $2,750 |
| *Activity Total* | | 34.40 | | $18,373 |
| | | | | |
| **Invoices, Fees and Retention Applications** | | | | |
| Miles Staglik | Senior Director | 0.00 | $580 | $0 |
| Lawrence Perkins | CEO | 0.00 | $790 | $0 |
| Colin Moran | Associate | 0.50 | $235 | $118 |
| *Activity Total* | | 0.50 | | $118 |

# EXHIBIT "C"

**Summary of SierraConstellation Partners Professional Fees by Professional Service**
For the Period March 1st through March 31st

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| **Asset Sales/Financing Process Support** | | | | |
| *Lawrence Perkins* | | | | |
| 3/1/2022 | Calls and coordination with various parties related to sale process | 2.70 | $790.00 | $2,133.00 |
| 3/2/2022 | Calls and coordination with various parties related to sale process | 3.00 | $790.00 | $2,370.00 |
| 3/3/2022 | Calls and coordination with various parties related to sale process; follow up with counsel, brokers, etc. | 5.00 | $790.00 | $3,950.00 |
| 3/4/2022 | Calls and coordination with various parties related to sale process; follow up with counsel, brokers, etc. | 2.50 | $790.00 | $1,975.00 |
| 3/5/2022 | Calls and coordination with various parties related to sale process; follow up with counsel, brokers, etc. | 2.00 | $790.00 | $1,580.00 |
| 3/6/2022 | Various calls, e-mails and discussions related to potential bidders seeking to view the property and verification of same | 3.00 | $790.00 | $2,370.00 |
| 3/7/2022 | Various calls, e-mails and discussions related to potential bidders seeking to view the property and verification of same | 2.00 | $790.00 | $1,580.00 |
| 3/7/2022 | Review of sale motion and order; correspondence re: same | 1.50 | $790.00 | $1,185.00 |
| 3/8/2022 | Review and coordination of signatures on purchase documents | 1.90 | $790.00 | $1,501.00 |
| 3/8/2022 | Review of motion and signature of motion to sell appliances | 0.60 | $790.00 | $474.00 |
| 3/9/2022 | Review of various documents filed related to sale process | 1.50 | $790.00 | $1,185.00 |
| 3/11/2022 | Various calls, e-mails and discussions related to potential bidders seeking to view the property and verification of same | 1.20 | $790.00 | $948.00 |
| 3/14/2022 | Various calls and correspondence related to sale process and claims | 2.30 | $790.00 | $1,817.00 |
| 3/15/2022 | Correspondence and various calls related to potential buyers and coordination of same | 2.30 | $790.00 | $1,817.00 |
| 3/16/2022 | Correspondence and various calls related to potential buyers and coordination of same | 2.50 | $790.00 | $1,975.00 |
| 3/16/2022 | Meeting w/ lender | 1.30 | $790.00 | $1,027.00 |
| 3/17/2022 | Correspondence and various calls related to potential buyers and coordination of same | 2.20 | $790.00 | $1,738.00 |
| 3/20/2022 | Correspondence and calls re: sale hearing and negotiations around potential settlement. | 1.90 | $790.00 | $1,501.00 |
| 3/23/2022 | Review of sale order and comments to counsel | 0.80 | $790.00 | $632.00 |
| 3/24/2022 | Work on various closing items | 2.20 | $790.00 | $1,738.00 |
| 3/25/2022 | Work on various closing items | 4.50 | $790.00 | $3,555.00 |
| 3/28/2022 | Closing activities - Notary, escrow, etc. | 3.00 | $790.00 | $2,370.00 |
| 3/29/2022 | Various closing related activities | 1.50 | $790.00 | $1,185.00 |
| | | Lawrence Perkins Total | | $40,606.00 |
| *Miles Staglik* | | | | |
| 3/3/2022 | Review and watch auction | 0.40 | $580.00 | $232.00 |
| 3/3/2022 | Teleconference with T. Remlinger on auction sale process and paperwork | 0.40 | $580.00 | $232.00 |
| 3/5/2022 | Teleconference with R. Williams on buyer | 0.50 | $580.00 | $290.00 |
| 3/6/2022 | Teleconference with R. Williams on buyer | 0.30 | $580.00 | $174.00 |
| 3/11/2022 | Teleconference with S. Vetterick on home insurance, vendors, furniture, etc. | 1.50 | $580.00 | $870.00 |
| 3/14/2022 | Teleconference with R. Williams, broker for property | 0.30 | $580.00 | $174.00 |
| 3/15/2022 | Teleconferences with S. Vetterick and M. M Morton on sale of property and transfer of knowledge | 1.50 | $580.00 | $870.00 |
| 3/15/2022 | Teleconference with prospective Buyer, Buyer's team and C. Moran re Insurance for house | 0.60 | $580.00 | $348.00 |
| 3/16/2022 | Teleconference with Buyer's team re Vendors and specific items for the house | 1.00 | $580.00 | $580.00 |
| 3/22/2022 | Calls and emails with buyer and his team | 1.40 | $580.00 | $812.00 |
| 3/23/2022 | Teleconference with Buyer's team and counsel, C. Moran, and D. Golubchik re closing mechanics | 0.40 | $580.00 | $232.00 |
| 3/24/2022 | Review closing documents, emails with team on same | 1.00 | $580.00 | $580.00 |
| 3/25/2022 | Review closing documents, emails with team on same | 1.50 | $580.00 | $870.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/28/2022 | Calls and emails with buyer and his team | 0.50 | $580.00 | $290.00 |
| 3/29/2022 | Calls and emails with buyer and his team | 1.00 | $580.00 | $580.00 |
| 3/30/2022 | Meeting with buyer of house, discuss transition and work to be done at property | 6.00 | $580.00 | $3,480.00 |
| | **Miles Staglik Total** | | | **$10,614.00** |

*Colin Moran*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/2/2022 | Review potential offer and related documents | 0.50 | $235.00 | $117.50 |
| 3/3/2022 | Teleconference with Auction Bidder re various questions about property | 0.30 | $235.00 | $70.50 |
| 3/3/2022 | Monitor Auction for Property | 1.20 | $235.00 | $282.00 |
| 3/3/2022 | Emails ad review of documents for T. Remlinger and potential bidders | 0.50 | $235.00 | $117.50 |
| 3/7/2022 | Review emails and related documents re Sale Motion, Sale Order, and POC | 3.00 | $235.00 | $705.00 |
| 3/8/2022 | Review emails and related documents re filing of sale Motion | 0.70 | $235.00 | $164.50 |
| 3/8/2022 | Review Sale Motion and related documents for the miscellaneous items | 0.50 | $235.00 | $117.50 |
| 3/10/2022 | Review emergency motion re Sale Motion filed Tuesday | 0.60 | $235.00 | $141.00 |
| 3/10/2022 | Review emergency motion response by D. Golubchik | 0.40 | $235.00 | $94.00 |
| 3/15/2022 | Teleconference re Insurance with prospective Buyer and counsel | 0.60 | $235.00 | $141.00 |
| 3/16/2022 | Teleconference with Buyer's team re Vendors and specific Items for House | 1.00 | $235.00 | $235.00 |
| 3/23/2022 | Teleconference with Buyer's team and counsel, M. Staglik, and D. Golubchi | 0.40 | $235.00 | $94.00 |
| 3/23/2022 | Emails and review of documents regarding closing and appliance sale order | 0.50 | $235.00 | $117.50 |
| 3/24/2022 | Emails, organizing, and review and editing of documents relating to closing | 3.50 | $235.00 | $822.50 |
| 3/25/2022 | Emails and review and editing of documents relating to closing | 3.50 | $235.00 | $822.50 |
| 3/28/2022 | Review emails and documents related to closing | 2.00 | $235.00 | $470.00 |
| 3/29/2022 | Review emails and documents related to closing | 1.50 | $235.00 | $352.50 |
| 3/30/2022 | Review emails and documents related to closing | 0.50 | $235.00 | $117.50 |
| | **Colin Moran Total** | | | **$4,982.00** |

**Business Operations, Cash Management & CRO Support**

*Lawrence Perkins*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/1/2022 | Interim Manager duties - Correspondence and calls re: operational items | 2.70 | $790.00 | $2,133.00 |
| 3/2/2022 | Interim Manager duties - Correspondence and calls re:operational items | 2.80 | $790.00 | $2,212.00 |
| 3/3/2022 | Interim Manager duties - Correspondence and calls re: operational items | 2.90 | $790.00 | $2,291.00 |
| 3/4/2022 | Interim Manager duties - Correspondence and calls re: operational items | 2.00 | $790.00 | $1,580.00 |
| 3/7/2022 | Interim manager duties, correspondence and calls in re: operational items | 3.20 | $790.00 | $2,528.00 |
| 3/8/2022 | Interim manager duties, correspondence and calls in re: operational items | 2.10 | $790.00 | $1,659.00 |
| 3/9/2022 | Interim manager duties, correspondence and calls in re: operational items | 2.20 | $790.00 | $1,738.00 |
| 3/9/2022 | Review of documents filed in case related to sale and correspondence w/ counsel re: same | 0.50 | $790.00 | $395.00 |
| 3/10/2022 | Interim manager duties, correspondence and calls in re: operational items | 1.70 | $790.00 | $1,343.00 |
| 3/10/2022 | Review of various documents filed related to sale process and discussion w/ counsel re: preparation for hearing | 1.90 | $790.00 | $1,501.00 |
| 3/11/2022 | Interim manager duties, correspondence and calls in re: operational items | 2.20 | $790.00 | $1,738.00 |
| 3/14/2022 | Interim manager duties - Correspondence and calls re: operational items | 1.50 | $790.00 | $1,185.00 |
| 3/14/2022 | Review of MOR and signature of same | 0.50 | $790.00 | $395.00 |
| 3/15/2022 | Call w/ proposed buyer re: insurance and transferability | 0.50 | $790.00 | $395.00 |
| 3/15/2022 | Interim manager duties; correspondence and calls re: operational items | 1.90 | $790.00 | $1,501.00 |
| 3/16/2022 | Interim manager duties - correspondence and calls re: operational items | 1.90 | $790.00 | $1,501.00 |
| 3/16/2022 | Review and comments to response to various objections to sale | 1.80 | $790.00 | $1,422.00 |

| | | | | |
|---|---|---|---|---|
| 3/17/2022 | Interim manager duties - correspondence and calls re: operational items | 1.90 | $790.00 | $1,501.00 |
| 3/18/2022 | Interim manager duties - correspondence and calls re: operational items | 1.10 | $790.00 | $869.00 |
| 3/21/2022 | Follow up from sale hearing and activities to put closing process in motion | 1.00 | $790.00 | $790.00 |
| 3/22/2022 | Work on various closing items | 1.50 | $790.00 | $1,185.00 |
| 3/23/2022 | Work on various closing items | 1.00 | $790.00 | $790.00 |
| 3/30/2022 | Correspondence re: post closing claims | 1.20 | $790.00 | $948.00 |
| 3/31/2022 | Post closing activities related to cash management and claims settlement | 1.20 | $790.00 | $948.00 |

| | | | Lawrence Perkins Total | $32,548.00 |
|---|---|---|---|---|

*Miles Staglik*

| | | | | |
|---|---|---|---|---|
| 3/1/2022 | Work on and review and respond to various emails and calls | 1.50 | $580.00 | $870.00 |
| 3/1/2022 | Work on site at property, repairs and cleaning up items | 3.00 | $580.00 | $1,740.00 |
| 3/1/2022 | Review cash flow | 0.60 | $580.00 | $348.00 |
| 3/2/2022 | Work on and review and respond to various emails and calls | 0.80 | $580.00 | $464.00 |
| 3/2/2022 | Work on site at property, repairs and cleaning up items | 1.50 | $580.00 | $870.00 |
| 3/3/2022 | Work on and review and respond to various emails and calls | 1.40 | $580.00 | $812.00 |
| 3/3/2022 | Meet onsite with city inspectors | 2.00 | $580.00 | $1,160.00 |
| 3/3/2022 | Teleconference with D. Golubchik on sale | 0.10 | $580.00 | $58.00 |
| 3/3/2022 | Teleconference with J. Maba on final repairs to house | 0.60 | $580.00 | $348.00 |
| 3/3/2022 | Review interest calculations | 0.20 | $580.00 | $116.00 |
| 3/4/2022 | Work on and review and respond to various emails and calls | 0.30 | $580.00 | $174.00 |
| 3/4/2022 | Teleconference with Plumber | 0.20 | $580.00 | $116.00 |
| 3/5/2022 | Teleconference with Plumber | 0.10 | $580.00 | $58.00 |
| 3/6/2022 | Work on and review and respond to various emails and calls | 0.60 | $580.00 | $348.00 |
| 3/7/2022 | Work on and review and respond to various emails and calls | 1.30 | $580.00 | $754.00 |
| 3/7/2022 | Review disbursements and cash flow | 0.40 | $580.00 | $232.00 |
| 3/8/2022 | Work on and review and respond to various emails and calls | 1.00 | $580.00 | $580.00 |
| 3/9/2022 | Work on and review and respond to various emails and calls | 1.10 | $580.00 | $638.00 |
| 3/10/2022 | Work on and review and respond to various emails and calls | 1.00 | $580.00 | $580.00 |
| 3/10/2022 | Teleconference with J. Buckner on furniture | 0.20 | $580.00 | $116.00 |
| 3/11/2022 | Work on and review and respond to various emails and calls | 0.70 | $580.00 | $406.00 |
| 3/14/2022 | Work on and review and respond to various emails and calls | 1.50 | $580.00 | $870.00 |
| 3/14/2022 | Emails and calls with insurance brokers about transferring insurance to broker, calls with M. Morton on same | 1.60 | $580.00 | $928.00 |
| 3/14/2022 | Teleconferences with trade vendors | 0.80 | $580.00 | $464.00 |
| 3/14/2022 | Teleconference with J. Buckner of Vesta on furniture removal from property | 0.60 | $580.00 | $348.00 |
| 3/14/2022 | Teleconference with M. Morton, business manager for buyer | 0.30 | $580.00 | $174.00 |
| 3/14/2022 | Teleconference with General contractor | 0.30 | $580.00 | $174.00 |
| 3/14/2022 | Teleconference with city inspectors | 0.80 | $580.00 | $464.00 |
| 3/14/2022 | Teleconference with security | 0.20 | $580.00 | $116.00 |
| 3/14/2022 | Review and approve payments | 0.20 | $580.00 | $116.00 |
| 3/15/2022 | Work on and review and respond to various emails and calls | 1.00 | $580.00 | $580.00 |
| 3/15/2022 | Teleconferences with J. Maba on house issues | 1.30 | $580.00 | $754.00 |
| 3/15/2022 | Teleconferences with J. Kelley on security issues at 944 Airole Way | 0.40 | $580.00 | $232.00 |
| 3/15/2022 | Teleconference with R. Selby, electrician | 0.20 | $580.00 | $116.00 |
| 3/15/2022 | Teleconferences with D. Golubchik on various business and closing issues | 0.70 | $580.00 | $406.00 |
| 3/15/2022 | Teleconferences with various A/V companies to take over at 944 Airole Way | 1.40 | $580.00 | $812.00 |
| 3/15/2022 | Teleconference with J. Maba on property and go forward plan with buyer | 0.80 | $580.00 | $464.00 |
| 3/16/2022 | Work on and review and respond to various emails and calls | 1.50 | $580.00 | $870.00 |
| 3/16/2022 | Teleconferences with M. Pyle on A/V issues | 0.30 | $580.00 | $174.00 |
| 3/16/2022 | Teleconference with S. Vetterick, proposed buyer's agent | 0.70 | $580.00 | $406.00 |
| 3/16/2022 | Teleconference with broker R. Williams | 0.20 | $580.00 | $116.00 |
| 3/16/2022 | Teleconference with L. Perkins on business issues | 0.10 | $580.00 | $58.00 |
| 3/16/2022 | Teleconference with D. Golubchik on vendors | 0.10 | $580.00 | $58.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/16/2022 | Teleconference with security team at property | 0.20 | $580.00 | $116.00 |
| 3/17/2022 | Work on and review and respond to various emails and calls | 1.20 | $580.00 | $696.00 |
| 3/17/2022 | Teleconference with D. Golubchik on AV issues | 0.10 | $580.00 | $58.00 |
| 3/17/2022 | Various calls and emails related to AV issues at property, update D. Golubchik on same | 2.00 | $580.00 | $1,160.00 |
| 3/17/2022 | Teleconference with contractor J. Maba on various issues at property and transitioning to buyer | 1.00 | $580.00 | $580.00 |
| 3/17/2022 | Teleconference with S. Vetterick, buyer's agent on property and transition | 0.60 | $580.00 | $348.00 |
| 3/18/2022 | Work on and review and respond to various emails and calls | 1.30 | $580.00 | $754.00 |
| 3/18/2022 | Various calls and emails related to AV issues at property, update D. Golubchik on same | 0.70 | $580.00 | $406.00 |
| 3/18/2022 | Teleconference with J. Maba, Contractor | 0.50 | $580.00 | $290.00 |
| 3/18/2022 | Teleconference with S. Vetterick, buyer's agent | 0.60 | $580.00 | $348.00 |
| 3/20/2022 | Teleconference with S. Vetterick, buyer's agent | 0.30 | $580.00 | $174.00 |
| 3/21/2022 | Work on and review and respond to various emails and calls | 1.20 | $580.00 | $696.00 |
| 3/22/2022 | Work on and review and respond to various emails and calls | 2.00 | $580.00 | $1,160.00 |
| 3/23/2022 | Work on and review and respond to various emails and calls | 1.00 | $580.00 | $580.00 |
| 3/23/2022 | Work on various issues at house in preparation on transfer to buyer | 3.50 | $580.00 | $2,030.00 |
| 3/23/2022 | Calls and emails with J. Maba, contractor on transfer of house | 1.00 | $580.00 | $580.00 |
| 3/24/2022 | Work on and review and respond to various emails and calls | 0.80 | $580.00 | $464.00 |
| 3/24/2022 | Work on AV issues at house with old AV vendor, emails and calls on same | 3.00 | $580.00 | $1,740.00 |
| 3/24/2022 | Calls with buyer on various issues with house | 1.00 | $580.00 | $580.00 |
| 3/24/2022 | Teleconference with Lockton Insurance and C. Moran re transfer of policies to buyer | 0.30 | $580.00 | $174.00 |
| 3/24/2022 | Work on insurance issues with Lockton and with buyer's team | 2.00 | $580.00 | $1,160.00 |
| 3/25/2022 | Work on and review and respond to various emails and calls | 1.00 | $580.00 | $580.00 |
| 3/25/2022 | Meet new AV vendor at house, walk property, discuss needs | 4.00 | $580.00 | $2,320.00 |
| 3/26/2022 | Calls with buyer on various issues with house | 0.50 | $580.00 | $290.00 |
| 3/27/2022 | Call with buyer on various issues with house | 0.60 | $580.00 | $348.00 |
| 3/28/2022 | Work on and review and respond to various emails and calls | 1.50 | $580.00 | $870.00 |
| 3/29/2022 | Work on and review and respond to various emails and calls | 1.00 | $580.00 | $580.00 |
| 3/30/2022 | Work on and review and respond to various emails and calls | 0.80 | $580.00 | $464.00 |
| 3/30/2022 | Review and process payments | 0.20 | $580.00 | $116.00 |
| 3/31/2022 | Work on and review and respond to various emails and calls | 0.50 | $580.00 | $290.00 |
| | | Miles Staglik Total | | $39,440.00 |

*Colin Moran*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/1/2022 | Setup Payment for Vendor | 0.10 | $235.00 | $23.50 |
| 3/1/2022 | Update DIP Outlook vs. Actuals for WE 2-25-2022 | 0.60 | $235.00 | $141.00 |
| 3/3/2022 | Teleconference with M. Staglik on case status | 0.20 | $235.00 | $47.00 |
| 3/3/2022 | Followup emails to Chicago Title to get updated report | 0.20 | $235.00 | $47.00 |
| 3/4/2022 | Setup Payment for Vendors | 0.10 | $235.00 | $23.50 |
| 3/4/2022 | Review emails and related documents re closing process and items for sale motion | 0.60 | $235.00 | $141.00 |
| 3/7/2022 | Setup Payment for Vendors | 0.10 | $235.00 | $23.50 |
| 3/8/2022 | Update Budget for WE 3-4-2022 | 0.50 | $235.00 | $117.50 |
| 3/9/2022 | Setup Payment for Vendor | 0.10 | $235.00 | $23.50 |
| 3/11/2022 | Setup Payment for Vendors | 0.10 | $235.00 | $23.50 |
| 3/14/2022 | Setup Payments for Vendor | 0.10 | $235.00 | $23.50 |
| 3/16/2022 | Update vendor list for House for prospective buyer | 0.40 | $235.00 | $94.00 |
| 3/16/2022 | Setup Payments for Vendor | 0.10 | $235.00 | $23.50 |
| 3/17/2022 | Emails and Setup Payments re Residential Elevators | 0.20 | $235.00 | $47.00 |
| 3/18/2022 | Emails and Setup Payments re Athens Services | 0.20 | $235.00 | $47.00 |
| 3/21/2022 | Emails and payments of vendors | 0.30 | $235.00 | $70.50 |
| 3/22/2022 | Review of Emails relating to insurance and funding options | 0.50 | $235.00 | $117.50 |
| 3/23/2022 | Provide drivers license to KCCLC | 0.70 | $235.00 | $164.50 |
| 3/24/2022 | Teleconference with K. Pscion from KCCLC re account information | 0.30 | $235.00 | $70.50 |
| 3/24/2022 | Provide account information to KCCLC for post-close | 0.50 | $235.00 | $117.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/24/2022 | Teleconference with Lockton Insurance and M. Staglik re transfer of policies to buyer | 0.30 | $235.00 | $70.50 |
| 3/28/2022 | Payments of vendors | 0.10 | $235.00 | $23.50 |
| 3/29/2022 | Payments of vendors | 0.20 | $235.00 | $47.00 |
| 3/29/2022 | Emails and phonecalls with vendors regarding transfer of services to buyer | 1.00 | $235.00 | $235.00 |
| 3/29/2022 | Edit of Letter to Amwins London regarding Lockton | 0.40 | $235.00 | $94.00 |
| 3/30/2022 | Emails and phonecalls with vendors regarding transfer of services to buyer | 1.00 | $235.00 | $235.00 |
| 3/30/2022 | Provide documentation for KCC & Signature Bank | 0.50 | $235.00 | $117.50 |
| 3/30/2022 | Payments of vendors | 0.10 | $235.00 | $23.50 |
| 3/31/2022 | Payments of vendors | 0.10 | $235.00 | $23.50 |
| | | Colin Moran Total | | $2,256.00 |

**Case Administration**

*Miles Staglik*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/1/2022 | Teleconference with C. Moran on case status | 0.10 | $580.00 | $58.00 |
| 3/2/2022 | Teleconference with C. Moran on case status | 0.10 | $580.00 | $58.00 |
| 3/2/2022 | Teleconference with C. Moran on case status | 0.20 | $580.00 | $116.00 |
| 3/2/2022 | Teleconference with C. Moran on case status | 0.20 | $580.00 | $116.00 |
| 3/3/2022 | Teleconference with L. Perkins on case status | 0.10 | $580.00 | $58.00 |
| 3/4/2022 | Teleconference with M. Staglik on case status | 0.20 | $580.00 | $116.00 |
| 3/6/2022 | Teleconference with M. Staglik on case status | 0.30 | $580.00 | $174.00 |
| 3/10/2022 | Teleconference with C. Moran on case status and work streams | 0.70 | $580.00 | $406.00 |
| 3/10/2022 | Teleconference with C. Moran on claims and waterfall | 0.10 | $580.00 | $58.00 |
| 3/10/2022 | Teleconference with D. Golubchik on claims | 0.30 | $580.00 | $174.00 |
| 3/11/2022 | Teleconference with C. Moran and D. Golubchik on liens and claims | 0.40 | $580.00 | $232.00 |
| 3/11/2022 | Teleconference with C. Moran on Hankey and Inferno Fundings | 1.30 | $580.00 | $754.00 |
| 3/14/2022 | Teleconference with C. Moran on case status and work streams | 0.40 | $580.00 | $232.00 |
| 3/15/2022 | Teleconference with L. Perkins on case status | 0.10 | $580.00 | $58.00 |
| 3/15/2022 | Teleconference with C. Moran on case status and work streams | 0.30 | $580.00 | $174.00 |
| 3/16/2022 | Teleconference with C. Moran on case status and work streams | 0.30 | $580.00 | $174.00 |
| 3/17/2022 | Teleconference with C. Moran on case status and work streams | 0.20 | $580.00 | $116.00 |
| 3/22/2022 | Teleconference with C. Moran on case status and work streams | 0.20 | $580.00 | $116.00 |
| 3/23/2022 | Teleconference with C. Moran on case status and work streams | 0.30 | $580.00 | $174.00 |
| 3/24/2022 | Teleconference with C. Moran on case status and work streams | 0.10 | $580.00 | $58.00 |
| 3/24/2022 | Teleconference with C. Moran on case status and work streams | 0.10 | $580.00 | $58.00 |
| 3/25/2022 | Teleconference with C. Moran on work streams, old house plans, and vendor contract | 0.20 | $580.00 | $116.00 |
| 3/28/2022 | Teleconference with C. Moran on case status and work streams | 0.30 | $580.00 | $174.00 |
| 3/29/2022 | Teleconference with C. Moran on case status and work streams | 0.20 | $580.00 | $116.00 |
| 3/30/2022 | Teleconference with C. Moran on case status and work streams | 0.10 | $580.00 | $58.00 |
| | | Miles Staglik Total | | $3,944.00 |

*Colin Moran*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/1/2022 | Update case status in CRM | 0.10 | $235.00 | $23.50 |
| 3/1/2022 | Review Opp to confirmation of sale document | 0.20 | $235.00 | $47.00 |
| 3/2/2022 | Teleconference with M. Staglik on case status | 0.20 | $235.00 | $47.00 |
| 3/2/2022 | Minor Update to Amended MOR and send out to Team | 0.10 | $235.00 | $23.50 |
| 3/3/2022 | Teleconference with M. Staglik on case status | 0.20 | $235.00 | $47.00 |
| 3/3/2022 | Teleconference with M. Staglik on case status | 0.20 | $235.00 | $47.00 |
| 3/4/2022 | Teleconference with M. Staglik on case status | 0.20 | $235.00 | $47.00 |
| 3/4/2022 | Compile spreadsheet for post-petition interest calculations | 0.80 | $235.00 | $188.00 |
| 3/6/2022 | Teleconference with M. Staglik on case status | 0.30 | $235.00 | $70.50 |
| 3/7/2022 | Review Inferno Funding documents | 1.00 | $235.00 | $235.00 |
| 3/9/2022 | Revise sources and uses & waterfall analysis | 1.00 | $235.00 | $235.00 |
| 3/10/2022 | Review schedule of liens from Title Company | 0.50 | $235.00 | $117.50 |
| 3/10/2022 | Teleconference with M. Staglik on case status and work streams | 0.70 | $235.00 | $164.50 |
| 3/10/2022 | Teleconference with M. Staglik on claims and waterfall | 0.10 | $235.00 | $23.50 |
| 3/11/2022 | Revise S&U and Waterfall analysis for additional scenarios | 0.40 | $235.00 | $94.00 |
| 3/11/2022 | Review Hankey funding and interest payments history and compare with SCP calculations | 1.50 | $235.00 | $352.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/11/2022 | Review Hankey intial credit agreement for Interest Reserve | 0.50 | $235.00 | $117.50 |
| 3/11/2022 | Teleconference with M. Staglik on Hankey and Inferno Fundings | 1.30 | $235.00 | $305.50 |
| 3/11/2022 | Teleconference with M. Staglik and D. Golubchik on liens and claims | 0.40 | $235.00 | $94.00 |
| 3/14/2022 | Teleconference with M. Staglik on case status and work streams | 0.40 | $235.00 | $94.00 |
| 3/14/2022 | Fill out February MOR and related documents | 1.00 | $235.00 | $235.00 |
| 3/14/2022 | Review Hankey Fundings and Interest Calcs | 1.60 | $235.00 | $376.00 |
| 3/15/2022 | Teleconference with M. Staglik on case status and work streams | 0.30 | $235.00 | $70.50 |
| 3/15/2022 | Review and calculate Inferno Interest calcs | 2.30 | $235.00 | $540.50 |
| 3/16/2022 | Teleconference with M. Staglik on case status and work streams | 0.30 | $235.00 | $70.50 |
| 3/16/2022 | Review Opposition filings to Sale | 2.50 | $235.00 | $587.50 |
| 3/16/2022 | Review Stipulations and related emails re Hankey and Mechanics Liens | 0.60 | $235.00 | $141.00 |
| 3/17/2022 | Teleconference with M. Staglik on case status and work streams | 0.20 | $235.00 | $47.00 |
| 3/17/2022 | Review Opposition filings to Sale | 2.00 | $235.00 | $470.00 |
| 3/17/2022 | Review omnibus reply to opposition filings to sale | 1.00 | $235.00 | $235.00 |
| 3/22/2022 | Teleconference with M. Staglik on case status and work streams | 0.20 | $235.00 | $47.00 |
| 3/22/2022 | Emails and review of documents relating to the Sale Motions (for House and Appliances) and Closing | 3.00 | $235.00 | $705.00 |
| 3/23/2022 | Teleconference with M. Staglik on case status and work streams | 0.30 | $235.00 | $70.50 |
| 3/23/2022 | Review revisions to Sale Order | 0.50 | $235.00 | $117.50 |
| 3/23/2022 | Various phonecalls with the City of LA and Escrow to determine payment on city lien #27 | 1.00 | $235.00 | $235.00 |
| 3/24/2022 | Teleconference with M. Staglik on case status and work streams | 0.10 | $235.00 | $23.50 |
| 3/24/2022 | Teleconference with M. Staglik on case status and work streams | 0.10 | $235.00 | $23.50 |
| 3/25/2022 | Teleconference with M. Staglik on work streams, old house plans, and vendor contract | 0.20 | $235.00 | $47.00 |
| 3/25/2022 | Review files for old vendor contract and intial house plans | 0.50 | $235.00 | $117.50 |
| 3/28/2022 | Teleconference with M. Staglik on case status and work streams | 0.30 | $235.00 | $70.50 |
| 3/29/2022 | Perform calculations in response to sale order | 0.30 | $235.00 | $70.50 |
| 3/29/2022 | Teleconference with M. Staglik on case status and work streams | 0.20 | $235.00 | $47.00 |
| 3/30/2022 | Teleconference with M. Staglik on case status and work streams | 0.10 | $235.00 | $23.50 |
| 3/31/2022 | Review emails and documents related to closing and sale appeal | 0.30 | $235.00 | $70.50 |
| | Colin Moran Total | | | $6,815.00 |

**Court Hearing/341 Meetings/Preparation & Attendance at Hearings**

*Lawrence Perkins*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/11/2022 | Hearing re: potential injunction on sale | 0.70 | $790.00 | $553.00 |
| 3/11/2022 | Prep for hearing on injunction on sale | 1.50 | $790.00 | $1,185.00 |
| 3/18/2022 | Court hearing re: sale | 6.30 | $790.00 | $4,977.00 |
| 3/18/2022 | Prep for testimony and hearing | 1.20 | $790.00 | $948.00 |
| 3/21/2022 | Prep for and participation on sale hearing (partial.) | 2.00 | $790.00 | $1,580.00 |
| | Lawrence Perkins Total | | | $9,243.00 |

*Miles Staglik*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/11/2022 | Attend court hearing on emergency motion to enforce offer from R. Saghian | 0.70 | $580.00 | $406.00 |
| 3/18/2022 | Attend court hearing on Sale of 944 Airole Way | 6.30 | $580.00 | $3,654.00 |
| 3/21/2022 | Attend continuation of court hearing on Sale of 944 Airole Way | 4.00 | $580.00 | $2,320.00 |
| | Miles Staglik Total | | | $6,380.00 |

*Colin Moran*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/11/2022 | Attend court hearing on emergency motion to enforce offer from R. Saghian | 0.70 | $235.00 | $164.50 |
| 3/11/2022 | Attend court hearing on emergency motion to enforce offer from R. Saghian | 0.70 | $235.00 | $164.50 |
| 3/18/2022 | Attend court hearing on Sale of 944 Airole Way | 6.30 | $235.00 | $1,480.50 |
| 3/21/2022 | Attend continuation of court hearing on Sale of 944 Airole Way | 4.00 | $235.00 | $940.00 |
| | Colin Moran Total | | | $2,749.50 |

**Court Hearing/341 Meetings/Preparation & Attendance at Hearings**

*Miles Staglik*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/1/2022 | Review court filings on claims | 1.70 | $580.00 | $986.00 |

| | | | | | |
|---|---|---|---|---|---|
| 3/2/2022 | Review court filings on claims | | 0.50 | $580.00 | $290.00 |
| 3/3/2022 | Review court filings on claims and supporting paperwork | | 1.00 | $580.00 | $580.00 |
| 3/4/2022 | Review court filings on claims and supporting paperwork | | 4.00 | $580.00 | $2,320.00 |
| 3/10/2022 | Review emergency motion filed by buyer and Debtor's response | | 0.50 | $580.00 | $290.00 |
| 3/14/2022 | Review filings and claims and attached paperwork | | 3.50 | $580.00 | $2,030.00 |
| 3/15/2022 | Read and respond to oppositions to sale motion | | 4.60 | $580.00 | $2,668.00 |
| 3/16/2022 | Review filings and opposition to sale | | 2.00 | $580.00 | $1,160.00 |
| 3/22/2022 | Review claims filed | | 1.50 | $580.00 | $870.00 |
| | | Miles Staglik Total | | | $11,194.00 |

**Invoices, Fees and Retention Applications**

*Colin Moran*

| | | | | | |
|---|---|---|---|---|---|
| 3/9/2022 | Compile February Monthly Staffing Report | | 0.50 | $235.00 | $117.50 |
| | | Colin Moran Total | | | $117.50 |

# EXHIBIT "D"

**Summary of SierraConstellation Partners Expenses by Category**
For the Period March 1st through March 31st

| Reimbursable Expenses | Amount |
|---|---|
| Miscellaneous (Employee) | $554.28 |
| Postage & Shipping | $84.10 |
| **Total Expenses** | **$638.38** |

# EXHIBIT "E"

**Summary of SierraConstellation Partners Expenses by Detail**
For the Period March 1st through March 31st

| Activity | Date | Employee | Description | Amount |
|---|---|---|---|---|
| **Miscellaneous** | | | | |
| | 3/25/2022 | Lawrence Perkins | Notarized documents | $550.00 |
| | 3/25/2022 | Lawrence Perkins | Faxed Grant Deed from Fedex | $4.28 |
| | | | **Total Miscellaneous** | **$554.28** |
| **Postage & Shipping** | | | | |
| | 3/25/2022 | Lawrence Perkins | Fedex for closing documents | $74.10 |
| | 3/25/2022 | Lawrence Perkins | Notary Fees | $10.00 |
| | | | **Total Postage & Shipping** | **$84.10** |
| **Airfare** | | | | |
| | | | **Total Airfare** | **$0.00** |
| **Local Transportation (Taxi, Limos, etc.)** | | | | |
| | | | **Total Local Transportation** | **$0.00** |
| **Lodging** | | | | |
| | | | **Total Lodging** | **$0.00** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **DEBTOR'S NOTICE OF MONTHLY FEE STATEMENT OF SIERRACONSTELLATION PARTNERS, LLC**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 22, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**    tma@lnbyg.com
- **Jerrold L Bregman**    jbregman@bg.law, ecf@bg.law
- **Marguerite Lee DeVoll**    mdevoll@watttieder.com, zabrams@watttieder.com
- **Danielle R Gabai**    dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **David B Golubchik**    dbg@lnbyg.com, stephanie@lnbyb.com
- **James Andrew Hinds**    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Robert B Kaplan**    rbk@jmbm.com
- **Jane G Kearl**    jkearl@watttieder.com
- **Jennifer Larkin Kneeland**    jkneeland@watttieder.com, zabrams@watttieder.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **Samuel A Newman**    sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- **Ryan D O'Dea**    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sharon Oh-Kubisch**    sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Victor A Sahn**    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;c blair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **William Schumacher**    wschumac@milbank.com, autodocketecf@milbank.com
- **David Seror**    dseror@bg.law, ecf@bg.law
- **Zev Shechtman**    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Mark Shinderman**    mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law

**2.  SERVED BY UNITED STATES MAIL**: On **April 22, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 22, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 22, 2022 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

In re Crestlloyd, LLC
D UST Receiver RSN + Amended 20
Largest
File No.: 9562

**Debtor**
Crestlloyd, LLC
c/o SierraConstellation Partners LLC
355 S. Grand Avenue Suite 1450
Los Angeles, CA 90071

Noreen A Madoyan
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Counsel For Receiver
Brutzkus Gubner Rozansky Seror
Weber LLP
David Seror/Jessica Wellington
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Biabani & Associates, Inc.
Attn: Alex Biabani
1600 Sawtelle Bl #104
Los Angeles, CA 90025

Bradford Sheet Metal
4164 Sopp Road
Mojave, CA 93501

Branden Williams
257 N. Cannon Dr., 2nd Fl.
Beverly Hills, CA 90210

C.G.S. Custom Glass Specialists
Attn: Tom Yang
4536 Ish Drive
Simi Valley, CA 93063

CAD Stone Works Inc.
Attn: Cesar Hernandez
4533 Van Nuys Bl. #201
Sherman Oaks, CA 91403

Centurion Air, LLC
Attn: Michael T. Pyle
13932 Arrow Creek Road
Draper, UT 84020

Davidson Accountancy Corp.
William N. Davidson, CPA
14011 Ventura Blvd., Ste. 302
Sherman Oaks, CA 91423

Creative Art Partners
6542 Hayes Dr.
Los Angeles, CA 90048

Italian Luxury Design
4 NE 39 St.
Miami, FL 33137

Jabs Pools and Spas, LLC
Attn: Georgina Rendon
8055 Matilija Ave.
Panorma City, CA 91402

Dennis Palma
146 Beach Way
Monterey, CA 93940

KN Coating
201 E. Tamarack Ave
Inglewood, CA 90301

LA DWP
P.O. Box. 30808
Los Angeles, CA 90030

Vesta (aka Showroom Interiors, LLC)
Attn: Julian Buckner
8905 Rex Road
Pico Rivera, CA 90660

Made by TSI, Inc.
888 Biscayne Blvd #209
Miami, FL 33132

Midland Contractors, Inc.
Attn: Bruce Partovi
Po Box 8312
Van Nuys, CA 91409

West Valley Green Landscaping, Inc.
14761 Tupper St.
Panorama City, CA 91402

The Vertex Companies, Inc.
12100 Wilshire Blvd 8th floor
Los Angeles CA 90025-0000

West Coast Gates
339 Isis Ave.
Inglewood, CA 90301

**Attorneys for Richard Saghian**
Samuel A. Newman, Esq. **RSN**
Genevieve G. Weiner, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

**Attorneys for Richard Saghian**
Amy P. Lally, Esq. **RSN**
Sidley Austin LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067