United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-18205-DS |
| Crestllloyd, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 21, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Crestllloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Danielle R Gabai | on behalf of Interested Party Courtesy (NEF) dgabai@danninggill.com  dgabai@ecf.courtdrive.com |
| David Seror | on behalf of Interested Party Courtesy (NEF) dseror@bg.law  ecf@bg.law |
| David B Golubchik | on behalf of Debtor Crestllloyd  LLC dbg@lnbyg.com, stephanie@lnbyb.com |
| Genevieve G Weiner | on behalf of Interested Party Richard Saghian gweiner@sidley.com laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com |
| Hamid R Rafatjoo | on behalf of Interested Party Nile Niami hrafatjoo@raineslaw.com  bclark@raineslaw.com |
| James Andrew Hinds, Jr | on behalf of Creditor Interno Investment  Inc. jhinds@hindslawgroup.com;mduran@hindslawgroup.com, |

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: pdf042 | Total Noticed: 1 |

mduran@hindslawgroup.com

Jane G Kearl
on behalf of Interested Party J&E Texture  Inc. jkearl@watttieder.com

Jennifer Larkin Kneeland
on behalf of Interested Party J&E Texture  Inc. jkneeland@watttieder.com, zabrams@watttieder.com

Jerrold L Bregman
on behalf of Interested Party Hilldun Corporation jbregman@bg.law  ecf@bg.law

Jessica Wellington
on behalf of Other Professional Theodore Lanes jwellington@bg.law  ecf@bg.law

Jessica Wellington
on behalf of Interested Party Courtesy (NEF) jwellington@bg.law  ecf@bg.law

Kyra E Andrassy
on behalf of Interested Party Inferno Investment  Inc. kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lindsey L Smith
on behalf of Debtor Crestlloyd  LLC lls@lnbyb.com, lls@ecf.inforuptcy.com

Marguerite Lee DeVoll
on behalf of Interested Party J&E Texture  Inc. mdevoll@watttieder.com, zabrams@watttieder.com

Mark Shinderman
on behalf of Creditor Yogi Securities Holdings  LLC mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com

Michael S Kogan
on behalf of Interested Party Courtesy (NEF) mkogan@koganlawfirm.com

Noreen A Madoyan
on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov

Robert B Kaplan
on behalf of Interested Party Courtesy (NEF) rbk@jmbm.com

Ronald N Richards
on behalf of Interested Party Courtesy (NEF) ron@ronaldrichards.com  7206828420@filings.docketbird.com

Ryan D O'Dea
on behalf of Interested Party Courtesy (NEF) rodea@shulmanbastian.com  lgauthier@shulmanbastian.com

Ryan D O'Dea
on behalf of Creditor American Truck and Tool Rental rodea@shulmanbastian.com  lgauthier@shulmanbastian.com

Samuel A Newman
on behalf of Interested Party Richard Saghian sam.newman@sidley.com
samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com

Sharon Oh-Kubisch
on behalf of Interested Party Courtesy (NEF) sokubisch@swelawfirm.com
gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Thomas M Geher
on behalf of Interested Party Courtesy (NEF) tmg@jmbm.com  bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com

Todd M Arnold
on behalf of Debtor Crestlloyd  LLC tma@lnbyg.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Victor A Sahn
on behalf of Interested Party Courtesy (NEF) vsahn@sulmeyerlaw.com
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com

William Schumacher
on behalf of Creditor Yogi Securities Holdings  LLC wschumac@milbank.com, autodocketecf@milbank.com

Zev Shechtman
on behalf of Interested Party Courtesy (NEF) zshechtman@DanningGill.com
danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 29

DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

APR 21 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>         Debtor and Debtor in Possession. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO ESTABLISH A BAR DATE FOR FILING ADMINISTRATIVE EXPENSE PRIORITY CLAIMS PURSUANT TO 11 U.S.C. § 503** |

The court has reviewed and considered the "Motion to Establish a Bar Date for Filing Administrative Expense Priority Claims Pursuant to 11 U.S.C. §503" (the "Motion, Docket No. 261") filed by debtor Crestlloyd, LLC (the "Debtor"). Based on the Motion and the record in this case, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted as follows:

(1) The deadline for a party, other than the United States Trustee, the Clerk of Court, and professionals employed at the expense of the estate, to file and serve a request (an "Administrative Claim Request") for allowance and payment of an administrative expense priority claim of the kind described in 11 U.S.C. § 503(b), that is entitled to priority under 11 U.S.C. § 507(a)(2), and that was incurred or accrued or arose on or before April 30, 2022 (an "Administrative Claim") is **June 6, 2022** (the "Administrative Claim Deadline").

/ / /

(2) Administrative Claim Requests must not be set for hearing when filed.

(3) Any objection to an Administrative Claim Request must be filed no later than **June 23, 2022**. The objecting party must notice the Administrative Claim Request for hearing on **July 21, 2022 at 11:30 a.m.**

(4) A reply in support of any Administrative Claim Request to which a timely objection is filed must be filed no later than **July 14, 2022**.

(5) If no timely objection to an Administrative Claim Request is filed, the party that filed such Administrative Claim Request may lodge an order allowing and authorizing payment of the Administrative Claim.

IT IS FURTHER ORDERED that the Debtor must serve notice of the Administrative Claim Deadline, attaching a copy of this order on all known or alleged creditors of the estate and all parties that have requested special notice in this case no later than **April 22, 2022**.

IT IS FURTHER ORDERED that, to the extent the Motion requests an order precluding any party, other than the UST, the Clerk of Court, and professionals employed at the expense of the estate, from asserting any Administrative Claim not filed by the Administrative Claim Deadline, the Motion is denied. Pursuant to 11 U.S.C. § 503(a), a party may tardily file a request for payment of an administrative request if permitted by the court for cause.

###

Date: April 21, 2022

Deborah J. Saltzman
United States Bankruptcy Judge