DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JONATHAN D. GOTTLIEB (State Bar No. 339650)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>    Debtor and Debtor in Possession. | Bankruptcy Case No.: 2:21-bk-18205-DS<br><br>District Court Case No.: 2:22-cv-02091-FLA<br><br>Chapter 11 Case<br><br>**APPELLEE'S SUPPLEMENTAL DESIGNATION OF THE RECORD ON APPEAL**<br><br>[No Hearing Required]<br><br>Date Appeal Filed: 3/28/2022<br><br>Appeal Docket Entry No.: [249] |

1

Pursuant to Federal rule of Bankruptcy Procedure 8009, Appellee Crestlloyd, LLC, the debtor and debtor in possession in the above referenced bankruptcy case (the "<u>Debtor</u>"), hereby designates the following additional items, including all attachments, exhibits and addenda included therewith and all documents incorporated by reference therein, for inclusion in the record on Nile Niami's appeal from the Bankruptcy Court's order approving the sale of the Debtor's real property [Docket No. 247] that is currently pending before the District Court as Case No. 2:22-cv-02091-FLA:

**SUPPLEMENTAL DESIGNATION OF THE RECORD**

| Date Filed | Docket No. | Description |
|---|---|---|
| 10/26/2021 | 1 (22 Pages) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Crestlloyd, LLC List of Equity Security Holders due 11/9/2021. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 11/9/2021. Schedule A/B: Property (Form 106A/B or 206A/B) due 11/9/2021. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 11/9/2021. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 11/9/2021. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 11/9/2021. Schedule H: Your Codebtors (Form 106H or 206H) due 11/9/2021. Statement of Financial Affairs (Form 107 or 207) due 11/9/2021. Corporate Ownership Statement (LBR Form F1007-4) due by 11/9/2021. Statement of Related Cases (LBR Form F1015-2) due 11/9/2021. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 11/9/2021. Incomplete Filings due by 11/9/2021. (Golubchik, David) (Entered: 10/26/2021) |
| 12/14/21 | 75 (11 Pages) | Notice of motion/application Notice of Application Of Debtor And Debtor In Possession To: (1) Employ The Beverly Hills Estates And Compass As Real Estate Brokers Pursuant To 11 U.S.C § 327(a), With Compensation Determined Pursuant To 11 U.S.C. § 328, (2) Employ Concierge Auctions, LLC As Auctioneer Pursuant To 11 U.S.C § 327(a), With Compensation Determined Pursuant To 11 U.S.C. § 328, And (3) Approve The Payment Of Compensation To Real Estate Brokers And Auctioneer From Escrow Upon Closing Filed by Debtor Crestlloyd, LLC (RE: related document(s)74 Application to Employ The Beverly Hills Estates; Compass; and Concierge Auctions, LLC as Real Estate Brokers and Auctioneer Application Of Debtor And Debtor In Possession To: (1) Employ The Beverly Hills Estates And Compass As Real Estate Brokers Pursuant To 11 U.S.C § 327(a), With |

| Date | Doc # | Description |
|------|-------|-------------|
| | | Compensation Determined Pursuant To 11 U.S.C. § 328, (2) Employ Concierge Auctions, LLC As Auctioneer Pursuant To 11 U.S.C § 327(a), With Compensation Determined Pursuant To 11 U.S.C. § 328, And (3) Approve The Payment Of Compensation To Real Estate Brokers And Auctioneer From Escrow Upon Closing; Declarations In Support Thereof Filed by Debtor Crestlloyd, LLC). (Arnold, Todd) (Entered: 12/14/2021) |
| 01/03/2022 | 94 (4 Pages) | Objection (related document(s): 66 Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) Debtor's Notice Of Motion And Motion For Entry Of Interim And Final Orders: (I) Authorizing Debtor To Obtain Senior Secured Postpetition Financing Pursuant To Secti filed by Debtor Crestlloyd, LLC) / Limited Objection of Yogi Securities Holdings, LLC to Debtor's Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Senior Secured Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Granting Super-Priority Administrative Claims and Senior Liens, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief Filed by Creditor Yogi Securities Holdings, LLC (Shinderman, Mark) (Entered: 01/03/2022) |
| 01/12/2022 | 108 (9 Pages) | Notice Of Filing Proposed "Stipulation" Re: Final Hearing On Debtor's Motion For Entry Of Interim And Final Orders: (I) Authorizing Debtor To Obtain Senior Secured Post-Petition Financing Pursuant To Section 364 Of The Bankruptcy Code, (II) Granting Super-Priority Administrative Claims And Senior Liens, (III) Scheduling A Final Hearing, And (IV) Granting Related Relief Filed by Debtor Crestlloyd, LLC (RE: related document(s)66 Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) Debtor's Notice Of Motion And Motion For Entry Of Interim And Final Orders: (I) Authorizing Debtor To Obtain Senior Secured Postpetition Financing Pursuant To Section 364 Of The Bankruptcy Code, (II) Granting Super-Priority Administrative Claims And Senior Liens, (III) Scheduling A Final Hearing, And (IV) Granting Related Relief; Memorandum Of Points And Authorities And Declaration In Support Thereof Filed by Debtor Crestlloyd, LLC, 88 Motion Debtor's Notice Of Motion And Motion To: (1) Approve Auction And Bid Procedures Regarding The Sale Of Real Property And (2) Set Scheduling For A Motion To Approve The Sale Of Real Property; Memorandum Of Points And Authorities And Declaration In Support Thereof Filed by Debtor Crestlloyd, LLC, 105 Order granting debtor's motion to: (1) approve auction and bid procedures regarding the sale of real property and (2) set scheduling for a motion to approve the sale of real property. (BNC-PDF) (Related Doc # 88) Signed on 1/10/2022). (Golubchik, David) (Entered: 01/12/2022) |

| Date | Doc # | Description |
|---|---|---|
| 01/27/2022 | 122 (7 Pages) | Final Order: (I) Authorizing debtor to obtain senior secured postpetition financing pursuant to section 364 of the bankruptcy Code, (II) Granting super-priority administrative claims and senior liens, and (III) Granting related relief. (BNC-PDF) (Related Doc # 66 ) Signed on 1/27/2022 (Bakchellian, Mary) (Entered: 01/27/2022) |
| 03/07/2022 | 141 (5 Pages) | Stipulation By Crestlloyd, LLC and Stipulation Re: Motion To Sell Property And Hilldun Corporation's Claim In Connection Therewith Filed by Debtor Crestlloyd, LLC (Arnold, Todd) (Entered: 03/07/2022) |
| 03/09/2022 | 147 (1 Page) | ORDER APPROVING STIPULATION RE: MOTION TO SELL PROPERTY AND HILLDUN CORPORATIONS CLAIM IN CONNECTION THEREWITH (BNC-PDF) (Related Doc # 141) Signed on 3/9/2022 (Young, Susan) (Entered: 03/09/2022) |
| 03/15/2022 | 194 (6 Pages) | Statement Buyers Statement In Support Of The Sale Of The Property Pursuant To The Bid Procedures And Limited Objection And Reservation Of Rights To The Sale Motion with proof of service Filed by Interested Party Richard Saghian. (Newman, Samuel) (Entered: 03/15/2022) |
| 3/15/2022 | 195 (5 Pages) | Declaration re: Declaration Of Samuel A. Newman In Support Of Buyers Statement In Support Of The Sale Of The Property Pursuant To The Bid Procedures And Limited Objection And Reservation Of Rights To The Sale Motion with proof of service Filed by Interested Party Richard Saghian (RE: related document(s)194 Statement). (Newman, Samuel) (Entered: 03/15/2022) |
| 3/15/2022 | 198 (63 Pages) | Opposition to (related document(s): 142 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) Debtor's Motion For An Order: (1) Approving The Sale Of The Debtors Real Property Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With The Exce filed by Debtor Crestlloyd, LLC) Filed by Interested Party Inferno Investment, Inc. (Andrassy, Kyra) (Entered: 03/15/2022) |
| 03/16/2022 | 205 (17 Pages) | Reply to (related document(s): 142 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) Debtor's Motion For An Order: (1) Approving The Sale Of The Debtors Real Property Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With The Exce filed by Debtor Crestlloyd, LLC) Richard Saghians Omnibus Reply In Support Of Debtors Sale Motion with proof of service Filed by Interested Party Richard Saghian (Weiner, Genevieve) (Entered: 03/16/2022) |
| 03/16/2022 | 206 (11 Pages) | Declaration re: Declaration Of Richard Saghian In Support Of Richard Saghians Omnibus Reply In Support Of Debtors Sale Motion with proof of service Filed by Interested Party Richard Saghian (RE: related document(s) 205 Reply). (Attachments: # 1 Exhibit # 2 Exhibit 2) (Weiner, Genevieve) (Entered: 03/16/2022) |
| 03/17/2022 | 215 | Request for judicial notice In Support Of Opposition Of Nile Niami To Debtors Motion For An Order Approving The Sale Of |

| | (100 Pages) | The Debtor's Real Property Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With The Exception Of Enumerated Exclusions Filed by Interested Party Nile Niami (RE: related document(s)196 Objection). (Rafatjoo, Hamid) (Entered: 03/17/2022) |
|---|---|---|
| 3/18/2022 | 217 (8 Pages) | Notice - Notice of Lodging of Signed Addendum to Purchase Agreement - Filed by Debtor Crestlloyd, LLC (RE: related document(s)142 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) Debtor's Motion For An Order: (1) Approving The Sale Of The Debtors Real Property Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With The Exception Of Enumerated Exclusions; (2) Finding That The Buyer Is A Good Faith Purchaser; (3) Authorizing And Approving The Payment Of Certain Claims From Sale Proceeds; (4) Waiving The Fourteen-Day Stay Period Set Forth In Bankruptcy Rule 6004(h); And (5) Providing Related Relief; Memorandum Of Points And Authorities And Declarations In Support Thereof. Fee Amount $188, Filed by Debtor Crestlloyd, LLC). (Arnold, Todd) (Entered: 03/18/2022) |

Dated:  April 25, 2022

LEVENE, NEALE, BENDER, YOO
 & GOLUBCHIK L.L.P.

By: */s/ Todd M. Arnold*
    DAVID B. GOLUBCHIK
    TODD M. ARNOLD
    JONATHAN D. GOTTLIEB
    Attorneys for the Debtor and
    Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **APPELLEE'S SUPPLEMENTAL DESIGNATION OF THE RECORD ON APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 25, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy** kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold** tma@lnbyg.com
- **Jerrold L Bregman** jbregman@bg.law, ecf@bg.law
- **Marguerite Lee DeVoll** mdevoll@watttieder.com, zabrams@watttieder.com
- **Danielle R Gabai** dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Thomas M Geher** tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **David B Golubchik** dbg@lnbyg.com, stephanie@lnbyb.com
- **James Andrew Hinds** jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Robert B Kaplan** rbk@jmbm.com
- **Jane G Kearl** jkearl@watttieder.com
- **Jennifer Larkin Kneeland** jkneeland@watttieder.com, zabrams@watttieder.com
- **Michael S Kogan** mkogan@koganlawfirm.com
- **Noreen A Madoyan** Noreen.Madoyan@usdoj.gov
- **Samuel A Newman** sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- **Ryan D O'Dea** rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sharon Oh-Kubisch** sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Hamid R Rafatjoo** hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Ronald N Richards** ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Victor A Sahn** vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **William Schumacher** wschumac@milbank.com, autodocketecf@milbank.com
- **David Seror** dseror@bg.law, ecf@bg.law
- **Zev Shechtman** zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Mark Shinderman** mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com
- **Lindsey L Smith** lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner** gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
- **Jessica Wellington** jwellington@bg.law, ecf@bg.law

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE

**2. SERVED BY UNITED STATES MAIL**: On **April 25, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 25, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 25, 2022 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                     **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**

Richard Saghian (Buyer)
Samuel A. Newman (SBN 217042)
Genevieve G. Weiner (SBN 254272)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013

Amy P. Lally (SBN 198555)
SIDLEY AUSTIN LLP
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067

The Beverly Hills Estates / Compass (Broker)
R. Williams & B. Williams & A. Kirman
8878 Sunset Blvd
West Hollywood CA 90069

Compass (Broker)
Aaron Kirman
9378 Wilshire Blvd #200
Beverly Hills, CA 90212

Concierge Auctions (Auctioneer)
228 Park Avenue S
PMB 70835
New York, NY 10003-1502

Concierge Auctions (Auctioneer)
405 Lexington Avenue, 26th Floor
New York, NY 10174

Hilton & Hyland (Broker)
257 North Cañon Drive
Beverly Hills, CA 90210

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**