DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JONATHAN D. GOTTLIEB (State Bar No. 339650)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com

Proposed Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>            Debtor and Debtor in Possession. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11 Case<br><br>USDC Appeal Case No.: 2:22-CV-02487-MEMF<br><br>**APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED IN PROTECTIVE CROSS-APPEAL**<br><br>Appeal Docket Entry No.: 275 |

Crestlloyd, LLC, the debtor and debtor in possession in the above referenced bankruptcy case and the appellant in the above referenced cross-appeal (the "Debtor" or "Appellant"), pursuant to Federal Rule of Bankruptcy Procedure Rule 8009(a)(2), hereby submits the following issue to be presented in Appellant's' protective Cross-Appeal of the *Order Granting Debtor's Motion for an Order" (1) Approving the Sale of Debtor's Real Property Free and Clear of all Liens, Claims, Encumbrances, and Interests, with the Exception of Enumerated Exclusions; (2) Finding that the Buyer is a Good Faith Purchaser; (3) Authorizing and Approving the Payment of Certain Claims from Sale Proceeds; (4) Waiving the Fourteen-Day Stay Period Set Forth in Bankruptcy Code Section 6004(h); and (5) Providing Related Relief* [Dkt. 247] entered March 28, 2022 (the "Sale Order"):

(1)     Whether the Bankruptcy Court erred in finding that the Debtor cold sell its real property free and clear of liens, claims, and interests pursuant to 11 U.S.C. § 363(f)(1), (2), (4) and/or (5).

Dated:  April 27, 2022

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.

By: */s/ Todd M. Arnold*
DAVID B. GOLUBCHIK
TODD M. ARNOLD
JONATHAN D. GOTTLIEB
Attorneys for the Debtor and
Debtor in Possession