DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JONATHAN D. GOTTLIEB (State Bar No. 339650)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com

Proposed Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>        Debtor and Debtor in Possession. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11 Case<br><br>USDC Appeal Case No.: 2:22-CV-02487-MEMF<br><br>**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON PROTECTIVE CROSS-APPEAL**<br><br>Appeal Docket Entry No.: 275 |

1

Crestlloyd, LLC, the debtor and debtor in possession in the above referenced bankruptcy case and the appellant in the above referenced cross-appeal (the "<u>Debtor</u>" or "<u>Appellant</u>"), pursuant to Federal Rules of Bankruptcy Procedure Rule 8009(a)(2) and (3), hereby submits the following *Designation Of Items To Be Included In The Record On Protective Cross-Appeal*:

| **Date Filed** | **Docket No.** | **Description** |
|---|---|---|
| 10/26/2021 | 1<br>(22 pgs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1738 Filed by Crestlloyd, LLC List of Equity Security Holders due 11/9/2021. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 11/9/2021. Schedule A/B: Property (Form 106A/B or 206A/B) due 11/9/2021. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 11/9/2021. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 11/9/2021. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 11/9/2021. Schedule H: Your Codebtors (Form 106H or 206H) due 11/9/2021. Statement of Financial Affairs (Form 107 or 207) due 11/9/2021. Corporate Ownership Statement (LBR Form F1007-4) due by 11/9/2021. Statement of Related Cases (LBR Form F1015-2) due 11/9/2021. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 11/9/2021. Incomplete Filings due by 11/9/2021. (Golubchik, David) (Entered: 10/26/2021) |
| 11/18/2021 | 37<br>(15 pgs) | Debtor's First Chapter 11 Case Status Report |
| 11/23/2021 | 52<br>(95 pgs) | Debtor's Schedules and Statement of Financial Affairs |
| 12/08/2021 | 66<br>(177 pgs) | Debtor's Notice Of Motion And Motion For Entry Of Interim And Final Orders: (I) Authorizing Debtor To Obtain Senior Secured Postpetition Financing Pursuant To Section 364 Of The Bankruptcy Code, (II) Granting Super-Priority Administrative Claims And Senior Liens, (III) Scheduling A Final Hearing, And (IV) Granting Related Relief; Memorandum Of Points And Authorities And Declaration In Support Thereof |
| 12/10/2021 | 70<br>(7 pgs) | Interim Order Granting Motion For Order: (I) Authorizing Debtor To Obtain Senior Secured Postpetition Financing Pursuant To Section 364 Of The Bankruptcy Code, (II) Granting Super-Priority Administrative Claims And Senior Liens, (III) Scheduling A Final Hearing, And (Iv) Granting Related Relief |

| Date Filed | Docket No. | Description |
|---|---|---|
| 12/14/2021 | 74 (104 pgs) | Application Of Debtor And Debtor In Possession To: (1) Employ The Beverly Hills Estates And Compass As Real Estate Brokers Pursuant To 11 U.S.C § 327(a), With Compensation Determined Pursuant To 11 U.S.C. § 328, (2) Employ Concierge Auctions, LLC As Auctioneer Pursuant To 11 U.S.C § 327(a), With Compensation Determined Pursuant To 11 U.S.C. § 328, And (3) Approve The Payment Of Compensation To Real Estate Brokers And Auctioneer From Escrow Upon Closing; Declarations In Support Thereof |
| 12/14/21 | 75 (11 pgs) | Notice of motion/application Notice of Application Of Debtor And Debtor In Possession To: (1) Employ The Beverly Hills Estates And Compass As Real Estate Brokers Pursuant To 11 U.S.C § 327(a), With Compensation Determined Pursuant To 11 U.S.C. § 328, (2) Employ Concierge Auctions, LLC As Auctioneer Pursuant To 11 U.S.C § 327(a), With Compensation Determined Pursuant To 11 U.S.C. § 328, And (3) Approve The Payment Of Compensation To Real Estate Brokers And Auctioneer From Escrow Upon Closing Filed by Debtor Crestlloyd, LLC (RE: related document(s)74 Application to Employ The Beverly Hills Estates; Compass; and Concierge Auctions, LLC as Real Estate Brokers and Auctioneer Application Of Debtor And Debtor In Possession To: (1) Employ The Beverly Hills Estates And Compass As Real Estate Brokers Pursuant To 11 U.S.C § 327(a), With Compensation Determined Pursuant To 11 U.S.C. § 328, (2) Employ Concierge Auctions, LLC As Auctioneer Pursuant To 11 U.S.C § 327(a), With Compensation Determined Pursuant To 11 U.S.C. § 328, And (3) Approve The Payment Of Compensation To Real Estate Brokers And Auctioneer From Escrow Upon Closing; Declarations In Support Thereof Filed by Debtor Crestlloyd, LLC). (Arnold, Todd) (Entered: 12/14/2021) |
| 12/16/2021 | 78 (17 pgs) | Errata to Application Of Debtor And Debtor In Possession To: (1) Employ The Beverly Hills Estates And Compass As Real Estate Brokers Pursuant To 11 U.S.C § 327(a), With Compensation Determined Pursuant To 11 U.S.C. § 328, (2) Employ Concierge Auctions, LLC As Auctioneer Pursuant To 11 U.S.C § 327(a), With Compensation Determined Pursuant To 11 U.S.C. § 328, And (3) Approve The Payment Of Compensation To Real Estate Brokers And Auctioneer From Escrow Upon Closing |
| 12/21/2021 | 81 (6 pgs) | Supplemental Declaration of Lawrence R. Perkins in Support of Application Of Debtor And Debtor In Possession To: (1) Employ The Beverly Hills Estates And Compass As Real Estate Brokers Pursuant To 11 U.S.C § 327(a), With Compensation |

| Date Filed | Docket No. | Description |
|---|---|---|
|  |  | Determined Pursuant To 11 U.S.C. § 328, (2) Employ Concierge Auctions, LLC As Auctioneer Pursuant To 11 U.S.C § 327(a), With Compensation Determined Pursuant To 11 U.S.C. § 328, And (3) Approve The Payment Of Compensation To Real Estate Brokers And Auctioneer From Escrow Upon Closing |
| 12/23/2021 | 84 (367 pgs) | Motion of Theodore Lanes, Court-Appointed Receiver, and Brutzkus Gubner Rozansky Seror Weber LLP for Entry of Orders Allowing and Directing Immediate Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 543(c), 503(b)(3)(E), and 503(b)(4); Memorandum of Points and Authorities and Declarations of Theodore Lanes and David Seror in Support Thereof |
| 12/29/2021 | 88 (131 pgs) | Debtor's Notice Of Motion And Motion To: (1) Approve Auction And Bid Procedures Regarding The Sale Of Real Property And (2) Set Scheduling For A Motion To Approve The Sale Of Real Property; Memorandum Of Points And Authorities And Declaration In Support Thereof |
| 01/03/2022 | 94 (4 pgs) | Objection (related document(s): 66 Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) Debtor's Notice Of Motion And Motion For Entry Of Interim And Final Orders: (I) Authorizing Debtor To Obtain Senior Secured Postpetition Financing Pursuant To Secti filed by Debtor Crestlloyd, LLC) / Limited Objection of Yogi Securities Holdings, LLC to Debtor's Motion for Entry of Interim and Final Orders: (I) Authorizing Debtor to Obtain Senior Secured Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Granting Super-Priority Administrative Claims and Senior Liens, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief Filed by Creditor Yogi Securities Holdings, LLC (Shinderman, Mark) (Entered: 01/03/2022) |
| 1/05/2022 | 97 (4 pgs) | Limited Objection of Yogi Securities Holdings, LLC to Debtor's Motion to: (1) Approve Auction and Bid Procedures Regarding the Sale of Real Property and (2) Set Scheduling for a Motion to Approve the Sale of Real Property |
| 01/05/2022 | 98 (5 pgs) | Opposition to Motion to Approve Auction and Bid Procedures Regarding the Sale of Real Property filed by Inferno Investment, Inc. |
| 01/10/2022 | 104 (2 pgs) | Order Approving Application Of Debtor And Debtor In Possession To: (1) Employ The Beverly Hills Estates And Compass As Real Estate Brokers Pursuant To 11 U.S.C. §327(a), With Compensation Determined Pursuant To 11 U.S.C. |

| Date Filed | Docket No. | Description |
|---|---|---|
|  |  | §328, (2) Employ Concierge Auctions, LLC As Auctioneer Pursuant To 11 U.S.C. §327(a), With Compensation Determined Pursuant To 11 U.S.C.§328, and (3) Approve The Payment Of Compensation To Real Estate Brokers And Auctioneer From Escrow Upon Closing |
| 01/10/2022 | 105 (2 pgs) | Order Granting Debtor's Motion To: (1) Approve Auction And Bid Procedures Regarding The Sale Of Real Property and (2) Set Scheduling For A Motion To Approve The Sale Of Real Property. |
| 01/12/2022 | 108 (9 pgs) | Notice Of Filing Proposed "Stipulation" Re: Final Hearing On Debtor's Motion For Entry Of Interim And Final Orders: (I) Authorizing Debtor To Obtain Senior Secured Post-Petition Financing Pursuant To Section 364 Of The Bankruptcy Code, (II) Granting Super-Priority Administrative Claims And Senior Liens, (III) Scheduling A Final Hearing, And (IV) Granting Related Relief Filed by Debtor Crestlloyd, LLC (RE: related document(s)66 Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) Debtor's Notice Of Motion And Motion For Entry Of Interim And Final Orders: (I) Authorizing Debtor To Obtain Senior Secured Postpetition Financing Pursuant To Section 364 Of The Bankruptcy Code, (II) Granting Super-Priority Administrative Claims And Senior Liens, (III) Scheduling A Final Hearing, And (IV) Granting Related Relief; Memorandum Of Points And Authorities And Declaration In Support Thereof Filed by Debtor Crestlloyd, LLC, 88 Motion Debtor's Notice Of Motion And Motion To: (1) Approve Auction And Bid Procedures Regarding The Sale Of Real Property And (2) Set Scheduling For A Motion To Approve The Sale Of Real Property; Memorandum Of Points And Authorities And Declaration In Support Thereof Filed by Debtor Crestlloyd, LLC, 105 Order granting debtor's motion to: (1) approve auction and bid procedures regarding the sale of real property and (2) set scheduling for a motion to approve the sale of real property. (BNC-PDF) (Related Doc # 88) Signed on 1/10/2022). (Golubchik, David) (Entered: 01/12/2022) |
| 01/14/2022 | 115 (2 pgs) | Order Following Status Conference Amending Certain Dates Under Order Granting Debtor's Motion To: (1) Approve Auction And Bid Procedures Regarding The Sale Of Real Property And (2) Set Scheduling For A Motion To Approve The Sale Of Real Property |
| 01/27/2022 | 122 (7 pgs) | Final Order: (I) Authorizing Debtor To Obtain Senior Secured Postpetition Financing Pursuant To Section 364 Of The Bankruptcy Code, (II) Granting Super-Priority Administrative Claims And Senior Liens, and (III) Granting Related Relief |

| Date Filed | Docket No. | Description |
|---|---|---|
| 02/09/2022 | 126 (5 pgs) | Order granting motion of Theodore Lanes, court - appointed receiver, and Brutzkus Gubner Rosansky Seror Weber LLP for entry of orders allowing and directing immediate payment of administrative expense claims pursuant to 11 U.S.C. Sections 543(c), 503(B)(3)(e), and 503(b)(4). |
| 02/23/2022 | 130 (19 pgs) | Debtor's Notice Of Motion And Motion To Extend The Exclusivity Periods For The Debtor To File A Plan And Obtain Acceptance Thereof; Memorandum Of Points And Authorities And Declaration In Support Thereof |
| 03/07/2022 | 141 (5 Pages) | Stipulation By Crestlloyd, LLC and Stipulation Re: Motion To Sell Property And Hilldun Corporation's Claim In Connection Therewith Filed by Debtor Crestlloyd, LLC (Arnold, Todd) (Entered: 03/07/2022) |
| 03/08/2022 | 142 (170 pgs) | Debtor's Motion For An Order: (1) Approving The Sale Of The Debtors Real Property Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With The Exception Of Enumerated Exclusions; (2) Finding That The Buyer Is A Good Faith Purchaser; (3) Authorizing And Approving The Payment Of Certain Claims From Sale Proceeds; (4) Waiving The Fourteen-Day Stay Period Set Forth In Bankruptcy Rule 6004(h); And (5) Providing Related Relief; Memorandum Of Points And Authorities And Declarations In Support Thereof. |
| 03/09/2022 | 147 (1 pg) | ORDER APPROVING STIPULATION RE: MOTION TO SELL PROPERTY AND HILLDUN CORPORATIONS CLAIM IN CONNECTION THEREWITH (BNC-PDF) (Related Doc # 141) Signed on 3/9/2022 (Young, Susan) (Entered: 03/09/2022) |
| 03/15/2022 | 193 (17 pgs; 2 docs) | Objection of Yogi Securities Holdings, LLC to Debtor's Motion to Approve the Sale of Real Property |
| 03/15/2022 | 194 (6 pgs) | Statement Buyers Statement In Support Of The Sale Of The Property Pursuant To The Bid Procedures And Limited Objection And Reservation Of Rights To The Sale Motion with proof of service Filed by Interested Party Richard Saghian. (Newman, Samuel) (Entered: 03/15/2022) |
| 3/15/2022 | 195 (5 pgs) | Declaration re: Declaration Of Samuel A. Newman In Support Of Buyers Statement In Support Of The Sale Of The Property Pursuant To The Bid Procedures And Limited Objection And Reservation Of Rights To The Sale Motion with proof of service |

| Date Filed | Docket No. | Description |
|---|---|---|
|  |  | Filed by Interested Party Richard Saghian (RE: related document(s)194 Statement). (Newman, Samuel) (Entered: 03/15/2022) |
| 03/15/2022 | 196 (116 pgs) | Objection Of Nile Niami To Debtor's Motion For An Order: (1) Approving The Sale Of The Debtors Real Property Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With The Exception Of Enumerated Exclusions; (2) Finding That The Buyer Is A Good Faith Purchaser; (3) Authorizing And Approving The Payment Of Certain Claims From Sale Proceeds; (4) Waiving The Fourteen-Day Stay Period Set Forth In Bankruptcy Rule 6004(h); and (5) Providing Related Relief; Declaration of Nile Niami in Support Thereof |
| 01/06/2022 | 197 | Transcript of Hearing Held January 6, 2022 – Hearing re Debtor's Motion to (1) Approve Auction And Bid Procedures Regarding The Sale Of Real Property and (2) Set Scheduling For A Motion To Approve The Sale Of Real Property |
| 3/15/2022 | 198 (63 Pages) | Opposition to (related document(s): 142 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) Debtor's Motion For An Order: (1) Approving The Sale Of The Debtors Real Property Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With The Exce filed by Debtor Crestlloyd, LLC) Filed by Interested Party Inferno Investment, Inc. (Andrassy, Kyra) (Entered: 03/15/2022) |
| 03/15/2022 | 202 (11 pgs) | Declaration of Yvonne Niami In Opposition To Sale Motion. |
| 03/16/2022 | 205 (17 pgs) | Reply to (related document(s): 142 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) Debtor's Motion For An Order: (1) Approving The Sale Of The Debtors Real Property Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With The Exce filed by Debtor Crestlloyd, LLC) Richard Saghians Omnibus Reply In Support Of Debtors Sale Motion with proof of service Filed by Interested Party Richard Saghian (Weiner, Genevieve) (Entered: 03/16/2022) |
| 03/16/2022 | 206 (11 pgs) | Declaration re: Declaration Of Richard Saghian In Support Of Richard Saghians Omnibus Reply In Support Of Debtors Sale Motion with proof of service Filed by Interested Party Richard Saghian (RE: related document(s) 205 Reply). (Attachments: # 1 Exhibit # 2 Exhibit 2) (Weiner, Genevieve) (Entered: 03/16/2022) |

| Date Filed | Docket No. | Description |
|---|---|---|
| 03/16/2022 | 208 (35 pgs) | Debtor's Omnibus Reply to Oppositions to Motion For An Order: (1) Approving The Sale Of The Debtors Real Property Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With The Exception Of Enumerated Exclusions; (2) Finding That The Buyer Is A Good Faith Purchaser; (3) Authorizing And Approving The Payment Of Certain Claims From Sale Proceeds; (4) Waiving The Fourteen-Day Stay Period Set Forth In Bankruptcy Rule 6004(h); And (5) Providing Related Relief; Memorandum Of Points And Authorities In Support Thereof |
| 03/17/2022 | 214 (108 pgs) | Notice Of Errata To Declaration Of Joseph Englanoff In Support Of Objection Of Yogi Securities Holdings, LLC To Debtors Motion To Approve The Sale Of The Debtors Real Property |
| 03/17/2022 | 215 (100 pgs) | Request for judicial notice In Support Of Opposition Of Nile Niami To Debtors Motion For An Order Approving The Sale Of The Debtor's Real Property Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With The Exception Of Enumerated Exclusions Filed by Interested Party Nile Niami (RE: related document(s)196 Objection). (Rafatjoo, Hamid) (Entered: 03/17/2022) |
| 3/18/2022 | 217 (8 pgs) | Notice - Notice of Lodging of Signed Addendum to Purchase Agreement - Filed by Debtor Crestlloyd, LLC (RE: related document(s)142 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) Debtor's Motion For An Order: (1) Approving The Sale Of The Debtors Real Property Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With The Exception Of Enumerated Exclusions; (2) Finding That The Buyer Is A Good Faith Purchaser; (3) Authorizing And Approving The Payment Of Certain Claims From Sale Proceeds; (4) Waiving The Fourteen-Day Stay Period Set Forth In Bankruptcy Rule 6004(h); And (5) Providing Related Relief; Memorandum Of Points And Authorities And Declarations In Support Thereof. Fee Amount $188, Filed by Debtor Crestlloyd, LLC). (Arnold, Todd) (Entered: 03/18/2022) |
| 03/28/2022 | 247 (31 pgs) | Order Granting Debtor's Motion For An Order: (1) Approving The Sale Of The Debtor's Real Property Free And Clear Of All Liens, Claims Encumbrances, And Interests, With The Exception Of Enumerated Exclusions; (2) Finding That The Buyer Is A Good Faith Purchaser; (3) Authorizing And Approving The Payment Of Certain Claims From Sale Proceeds; (4) Waiving The Fourteen-Day Stay Period Set Forth In Bankruptcy Rule 6004(h); and (5) Providing Related Relief |

| Date Filed | Docket No. | Description |
|---|---|---|
| 3/21/2022 | 251 | Transcript of Hearing Held March 21, 2022 – continued hearing re Debtor's Motion For An Order: (1) Approving The Sale Of The Debtors Real Property Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With The Exception Of Enumerated Exclusions; (2) Finding That The Buyer Is A Good Faith Purchaser; (3) Authorizing And Approving The Payment Of Certain Claims From Sale Proceeds; (4) Waiving The Fourteen-Day Stay Period Set Forth In Bankruptcy Rule 6004(h); And (5) Providing Related Relief |
| 3/30/2022 | 263 | Transcript of Hearing Held March 18, 2022 – Debtor's Motion For An Order: (1) Approving The Sale Of The Debtors Real Property Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With The Exception Of Enumerated Exclusions; (2) Finding That The Buyer Is A Good Faith Purchaser; (3) Authorizing And Approving The Payment Of Certain Claims From Sale Proceeds; (4) Waiving The Fourteen-Day Stay Period Set Forth In Bankruptcy Rule 6004(h); And (5) Providing Related Relief |

Dated: April 27, 2022

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.

By: */s/ Todd M. Arnold*
    DAVID B. GOLUBCHIK
    TODD M. ARNOLD
    JONATHAN D. GOTTLIEB
    Attorneys for the Debtor and
    Debtor in Possession