DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JONATHAN D. GOTTLIEB (State Bar No. 339650)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>      Debtor and Debtor in Possession. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11 Case<br><br>USDC Appeal Case No.: 2:22-CV-02487-MEMF<br><br>**APPELLANT'S AMENDED STATEMENT OF ISSUES TO BE PRESENTED IN PROTECTIVE CROSS-APPEAL**<br><br>Appeal Docket Entry No.: 275 |

1

Crestlloyd, LLC, the debtor and debtor in possession in the above referenced bankruptcy case and the appellant in the above referenced cross-appeal (the "Debtor" or "Appellant"), pursuant to Federal Rule of Bankruptcy Procedure Rule 8009(a)(2), hereby submits the following issues to be presented in Appellant's protective Cross-Appeal of the *Order Granting Debtor's Motion for an Order: (1) Approving the Sale of Debtor's Real Property Free and Clear of all Liens, Claims, Encumbrances, and Interests, with the Exception of Enumerated Exclusions; (2) Finding that the Buyer is a Good Faith Purchaser; (3) Authorizing and Approving the Payment of Certain Claims from Sale Proceeds; (4) Waiving the Fourteen-Day Stay Period Set Forth in Bankruptcy Code Section 6004(h); and (5) Providing Related Relief* [Dkt. 247] entered March 28, 2022:

(1) Whether the Bankruptcy Court erred in finding that the Debtor could not sell its real property free and clear of liens, claims, and interests pursuant to 11 U.S.C. § 363(f)(1).

(2) Whether the Bankruptcy Court erred in finding that the Debtor could not sell its real property free and clear of liens, claims, and interests pursuant to 11 U.S.C. § 363(f)(2) as to all alleged secured creditors, other than Hankey Capital, LLC, which affirmatively consented to the sale.

(3) Whether the Bankruptcy Court erred in finding that the Debtor could not sell its real property free and clear of liens, claims, and interests pursuant to 11 U.S.C. § 363(f)(4) as to certain alleged secured creditors.

Dated: April 28, 2022          LEVENE, NEALE, BENDER, YOO
                                                        & GOLUBCHIK L.L.P.

By: */s/ Todd M. Arnold*
     DAVID B. GOLUBCHIK
     TODD M. ARNOLD
     JONATHAN D. GOTTLIEB
     Attorneys for the Debtor and
     Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **APPELLANT'S AMENDED STATEMENT OF ISSUES TO BE PRESENTED IN PROTECTIVE CROSS-APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 28, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**    tma@lnbyg.com
- **Jerrold L Bregman**    jbregman@bg.law, ecf@bg.law
- **Marguerite Lee DeVoll**    mdevoll@watttieder.com, zabrams@watttieder.com
- **Danielle R Gabai**    dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **David B Golubchik**    dbg@lnbyg.com, stephanie@lnbyb.com
- **James Andrew Hinds**    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Robert B Kaplan**    rbk@jmbm.com
- **Jane G Kearl**    jkearl@watttieder.com
- **Jennifer Larkin Kneeland**    jkneeland@watttieder.com, zabrams@watttieder.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **Samuel A Newman**    sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- **Ryan D O'Dea**    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sharon Oh-Kubisch**    sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Victor A Sahn**    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **William Schumacher**    wschumac@milbank.com, autodocketecf@milbank.com
- **David Seror**    dseror@bg.law, ecf@bg.law
- **Zev Shechtman**    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Mark Shinderman**    mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**: On **April 28, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 28, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 28, 2022 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          **F 9013-3.1.PROOF.SERVICE**

In re Crestllloyd, LLC
File No. 9562

**Attorneys for Richard Saghian**
Amy P. Lally, Esq. **RSN**
Sidley Austin LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067

Aaron Kirman
9378 Wilshire Blvd #200
Beverly Hills, CA 90212

Counsel for Inferno Investment, Inc.
Kyra E. Andrassy; Sharon Oh-Kubisch
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626

Counsel for HIlldun Corporation
Jerrold L. Bregman
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Counsel for J&E Texture, Inc.
Jennifer L. Kneeland; Marguerite Lee DeVoll; Jane Kearl
Watt, Tieder, Hoffar & Fitzgerald LLP
4 Park Plaza, Suite 1000
Irvine, CA 92614

BMC West LLC
3250 N. San Fernando Rd.
Los Angeles, CA 90065

Powertek Electric, Inc.
Mike Moshrei
28364 S. Western Ave,m #414
Rancho Palos Verdes, CA 90275

Chicago Title Company/ Los Angeles
Mike Slinger
725 S. Figueroa St., Suite 200
Los Angeles, CA 90017

**Attorneys for Richard Saghian**
Samuel A. Newman, Esq. **RSN**
Genevieve G. Weiner, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

Concierge Auctions (Auctioneer)
405 Lexington Avenue, 26th Floor
New York, NY 10174

Counsel for Yogi Securities Holdings
Mark Shinderman; William Schumacher
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Los Angeles County Treasurer & Tax Collector
PO Box 54110
Los Angeles, CA 90054

JMS Air Conditioning and Appliance Services, Inc.
Yosi Hesica, CEO
7640 Burnet Ave.
Van Nuys, CA 91405

City of Los Angeles
Attorney:
Mike Freuer
City Hall East, Suite 800
Los Angeles, CA 90012

Counsel for Kennco Plumbing, Inc.
Gary A. Weis
Law Offices of Gary A. Weis
17451 Sarita Ave.
Canyon Country, CA 91387

Chartwell Escrow
14140 Ventura Blvd., Suite 110
Sherman Oaks, CA 91423

The Beverly Hills Estates / Compass (Broker)
R. Williams & B. Williams & A. Kirman
8878 Sunset Blvd
West Hollywood CA 90069

Hilton & Hyland (Broker)
257 North Cañon Drive
Beverly Hills, CA 90210

Counsel for Hankey Capital, LLC
Thomas M. Geher
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Counsel for American Truck & Tool
Leonard M. Shulman; Ryan O'Dea
SHULMAN BASTIAN FRIEDMAN & BUI LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92618

Calgrove Rentals Inc.
21627 Roscoe Blvd.
Canoga Park, CA 90065

Parquet by Dian
Dima Efros, CEO
16601 S. Main Street
Gardena, CA 90248

Kazemi & Associates Constructors
Mehran Ron Kazemi
11901 Santa Monica Blvd #800
Los Angeles, CA 90025

Chartwell Escrow
90 Fifth Avenue, 3rd Floor
New York, NY 10011