DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JONATHAN D. GOTTLIEB (State Bar No. 339650)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>      Debtor and Debtor in Possession. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11 Case<br><br>**NOTICE OF HEARING ON FIRST INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br><u>Hearing</u><br>Date:  May 26, 2022[1]<br>Time:  11:30 p.m.<br>Place:  Courtroom 1639<br>         255 E. Temple Street<br>         Los Angeles, CA  90012<br>         **VIA ZOOMGOV ONLY** |

---

[1] A forty-five (45) day notice pursuant to Local Bankruptcy Rule ("LBR") 2016-1(a)(2)(A) to other professionals employed by the estate is not required because, pursuant to the employment application for other professionals employed by the estate (The Beverly Hills Estate, Compass, and Concierge Auctions, LLC), the order approving such application [Dkt. 104], and the order approving the sale of the Debtor's real property [Dkt. 247], the foregoing professionals were already paid in full either by the buyer of the real property or upon the close of escrow for the sale of the real property.

**PLEASE TAKE NOTICE** that a hearing will be held at the above-referenced date, time, and location for the Court to consider the concurrently filed *First Interim Application Of Levene, Neale, Bender, Yoo & Golubchik L.L.P. For Approval Of Fees And Reimbursement Of Expenses* (the "Application") filed by Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), bankruptcy counsel to Crestlloyd LLC, the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor").

Information regarding the Application is as follows:

| Applicant/Professional | Fees | Expenses | Total Request |
|---|---|---|---|
| **General Bankruptcy Counsel to the Debtor:**<br><br>Levene, Neale, Bender, Yoo & Golubchik L.L.P.<br>Attn: David B. Golubchik, Esq.; Todd M. Arnold, Esq.; and Jonathan D. Gottlieb, Esq<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>Telephone: (310) 229-1234<br>Fax: (310) 229-1244<br>Email: dbg@lnbyg.com, tma@lnbyg.com, jdg@lnbyg.com<br><br>**Covered Period:**<br>10/26/2021 – 4/15/2022<br><br>**Interim or Final:**<br>First Interim<br><br>**Amount to be Paid:** $487,455.57 (which is the total of $549,361.47 in fees and expenses incurred during the Covered Period and requested by the subject Application, less the payment of $61,906.00 of such amount with the Remaining Retainer, as defined and discussed in the subject Application). | $513,566.50 | $35,794.97 | $549,361.47 |

**PLEASE TAKE FURTHER NOTICE** that the Application is on file with the Court and is available for inspection and copying at the office of the Clerk of the Bankruptcy Court. A copy of the Application can also be obtained by making a request in writing to LNBYG, whose contact information is set forth above.

2

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 2016-1(a)(3), any **objections to the Application must be (1) in the form required by LBR 9013-1(f) and (2) filed with the Clerk of the Bankruptcy Court and served on the Office of the United States Trustee and LNBYG not later than fourteen (14) days prior to the scheduled hearing date set forth above.**

**PLEASE TAKE FURTHER NOTICE** that the failure to file and serve a timely written objection to the Application may be deemed by the Court to constitute consent to the granting and payment of the fees and expenses sought in the Application.

Dated: May 5, 2022                          LEVENE, NEALE, BENDER, YOO
                                                           & GOLUBCHIK L.L.P.

                                          By:    */s/ David B. Golubchik*
                                                        DAVID B. GOLUBCHIK
                                                        TODD M. ARNOLD
                                                        JONATHAN D. GOTTLIEB
                                         Attorneys for Chapter 11 Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **NOTICE OF HEARING ON FIRST INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 5, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**  kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**  tma@lnbyg.com
- **Jerrold L Bregman**  jbregman@bg.law, ecf@bg.law
- **Marguerite Lee DeVoll**  mdevoll@watttieder.com, zabrams@watttieder.com
- **Karol K Denniston**  karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Danielle R Gabai**  dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Thomas M Geher**  tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **David B Golubchik**  dbg@lnbyg.com, stephanie@lnbyb.com
- **James Andrew Hinds**  jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Robert B Kaplan**  rbk@jmbm.com
- **Jane G Kearl**  jkearl@watttieder.com
- **Jennifer Larkin Kneeland**  jkneeland@watttieder.com, zabrams@watttieder.com
- **Michael S Kogan**  mkogan@koganlawfirm.com
- **Noreen A Madoyan**  Noreen.Madoyan@usdoj.gov
- **Samuel A Newman**  sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- **Ryan D O'Dea**  rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sharon Oh-Kubisch**  sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Hamid R Rafatjoo**  hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Victor A Sahn**  vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **William Schumacher**  wschumac@milbank.com, autodocketecf@milbank.com
- **David Seror**  dseror@bg.law, ecf@bg.law
- **Zev Shechtman**  zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Mark Shinderman**  mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com
- **Lindsey L Smith**  lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**  gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
- **Jessica Wellington**  jwellington@bg.law, ecf@bg.law

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      F 9013-3.1.PROOF.SERVICE

**2. SERVED BY UNITED STATES MAIL**: On **May 5, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 5, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |
|---|---|---|
| May 5, 2022 | Stephanie Reichert | /s/ Stephanie Reichert |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                 **F 9013-3.1.PROOF.SERVICE**

In re Crestlloyd, LLC
Debtor, RSN
File No. 9562

| *Debtor* | *Request for Special Notice* | *Request for Special Notice* |
|---|---|---|
| Crestlloyd, LLC<br>c/o SierraConstellation Partners LLC<br>355 S. Grand Avenue Suite 1450<br> Los Angeles, CA 90071 | Amy P. Lally, Esq.<br>Sidley Austin LLP<br>1999 Avenue of the Stars, 17th Floor<br>Los Angeles, CA 90067 | Samuel A. Newman, Esq.<br>Genevieve G. Weiner, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013 |

In re Crestlloyd, LLC
Professionals Service List
File No.: 9562

| | | |
|---|---|---|
| The Beverly Hills Estates<br>Attn: Greg Laplant,<br>Managing Director<br>8878 West Sunset Blvd. West<br>Hollywood, CA 90069 | Compass/Aaron Kirman<br>Attn: Aaron Kirman<br>9378 Wilshire Blvd #200<br>Beverly Hills, CA 90212 | Concierge<br>Chad Roffers, Chairman<br>228 Park Avenue S<br>PMB 70835<br>New York, NY 10003-1502 |

*Concierge Counsel*
Anthony (Nino) Capobianco
Capobianco Law Offices, P.C.
41990 Cook Street
Bldg. F, Suite 2006
Palm Desert, CA 92211

```
Label Matrix for local noticing      Crestlloyd, LLC                          Interno Investment, Inc.
0973-2                                c/o SierraConstellation Partners LLC    4-95 Kandaher,
Case 2:21-bk-18205-DS                 355 S. Grand Avenue Suite 1450          Mont Tremblant
Central District of California        Los Angeles, CA 90071-3152              Quebec Canada
Los Angeles
Thu May  5 14:04:47 PDT 2022

                                                                              Alvandi Law Group, P.C.
                                                                              Gil Alvandi
                                                                              2955 Main St. Suite 110
                                                                              Irvine, CA 92614-2527


American Truck & Tool Rentals Inc.    Amy P. Lally, Esq.                      BMC West LLC
Tom Murray, CEO and President         Sidley Austin LLP                       3250 N. San Fernando Rd.
88 W. Victoria St.                    1999 Avenue of the Stars                Los Angeles, CA 90065-1415
Long Beach, CA 90805-2157             17th Floor
                                      Los Angeles, CA 90067-4622


BMC West LLC                          Biabani & Associates, Inc.              Bradford Sheet Metal
David Filtman, CEO                    1600 Sawtelle Bl #104                   4164 Sopp Road
4800 Falls of Neuse Rd., Ste. 400     Los Angeles, CA 90025-3197              Mojave, CA 93501-7196
Raleigh, NC 27609-8142


Branden Williams                      Brunswick Corp.                         Brutzkus Gubner
257 N. Cannon Dr., 2nd Fl.            26125 N. Riverwoods Blvd.               David Seror
Beverly Hills, CA 90210-4361          Ste 500                                 21650 Oxnard St., Suite 500
                                      Lake Forest, IL 60045-4811              Woodland Hills, CA 91367-4911


Buchalter, APC                        C.G.S. Custom Glass Specialists         CAD Stone Works Inc.
Jeffrey S. Wruble                     4536 Ish Drive                          4533 Van Nuys Bl. #201
1000 Wilshire Blvd., Suite 1500       Simi Valley, CA 93063-7666              Sherman Oaks, CA 91403-2950
Los Angeles, CA 90017-1730


Calgrove Rentals Inc.                 Calgrove Rentals Inc.                   Caprenos Inc.
21627 Roscoe Bl.                      Guadalupe Gomez, President              Cindee Wood  Authorized Agent
Canoga Park, CA 91304-4159            456 Glenoaks Blvd.                      4345 Murphy Canyon Road #200
                                      San Fernando, CA 91340-1833             San Diego, CA 92123-4362


Carcassone Fine Homes, LLC            Centurion Air, LLC                      City of Los Angeles
c/o Hamid R. Rafatjoo                 13932 Arrow Creek Road                  Mike Feuer, City Attorney
1800 Avenue of the Stars, 12th Fl.    Draper, UT 84020-9295                   City Hall East, Suite 800
Los Angeles, CA 90067-4201                                                    Los Angeles, CA 90012


Clerk of the Governing Board,         Compass                                 Conejo Recreation and Park District
Mount. Rec. & Cons. Auth.             Aaron Kirman                            403 W. Hillcrest Drive
5750 Ramirez Canyon                   9378 Wilshire Blvd. #200                Thousand Oaks, CA 91360-4223
Malibu, CA 90265-4474                 Beverly Hills, CA 90212-3167


County of Los Angeles                 County of Los Angeles                   County of Los Angeles
Local Fire Prevention Measure         MRCA-Brush Fire Clear g Dist #1         Wildlife Corridor and Protection
4745 Mangels Blvd.                    200 North Main Street, 16th Fl          4745 Mangels Blvd.
Fairfield, CA 94534-4175              Los Angeles, CA 90012-4110              Fairfield, CA 94534-4175
```

| | | |
|---|---|---|
| Creative Art Partners<br>6542 Hayes Dr.<br>Los Angeles, CA 90048-5320 | Crest Real Estate<br>11150 Olympic Bl. #700<br>Los Angeles, CA 90064-1825 | Daniel Wiesel, Esq.<br>Wolf, Rifkin, Shapiro, et al.<br>11400 W. Olympic Blvd., 9th Fl.<br>Los Angeles, CA 90064-1582 |
| Davidson Accountancy Corp.<br>William N. Davidson, CPA<br>14011 Ventura Blvd., Ste. 302<br>Sherman Oaks, CA 91423-5226 | Dennis Palma<br>146 Beach Way<br>Monterey, CA 93940-3436 | Department of Water and Power,<br>City of Los Angeles<br>Attn: Bankruptcy<br>P. O. Box 51111<br>Los Angeles, CA 90051-5700 |
| Draken Private Security<br>Jaime Salanga<br>633 West 5th St.<br>Los Angeles, CA 90071-2005 | Draken Security<br>8225 Encino Ave<br>Northridge, CA 91325-4313 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Frontier Communications Corporation<br>401 Merritt 7<br>Norwalk, CT 06851-1069 |
| Hankey Capital, LLC<br>Attn: Eugene M. Leydiker<br>4751 Wilshire Blvd. #110<br>Los Angeles, CA 90010-3838 | Hilldun Corporation<br>Jeffrey D. Kapelman, CEO<br>225 West 35th St.<br>New York, NY 10001-1910 | Hilldun Corporation<br>c/o Brutzkus Gubner<br>Attn: Jerrold L Bregman<br>5445 DTC Parkway Ste 825<br>Denver CO 80111-3190 |
| Hilton & Hyland Real Estate<br>257 North Ca on Drive<br>Beverly Hills, CA 90210-4361 | Inferno Investment Inc.<br>Julien Remillard, President<br>4-95 Kandahar, Mont Tremblant<br>Quebec J8E 1E2 Canada | Inferno Investment, Inc.<br>c/o Smiley Wang-Ekvall, LLP<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, CA 92626-7234 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Italian Luxury Design<br>4 NE 39 St.<br>Miami, FL 33137-3630 | Italian Luxury Group, LLC<br>c/o Gregory J. Morrow, Esq.<br>10401 Wilshire Boulevard, Suite 1102<br>Los Angeles, CA 90024-4609 |
| J&E Texture, Inc.<br>Francisco Gonzalez, CEO<br>181 Exeter Way<br>Corona, CA 92882-8502 | JMBM LLP<br>Neil C. Erickson<br>1900 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067-4308 | JMS Air Conditioning<br>and Appliance Services, Inc.<br>7640 Burnet Ave.<br>Van Nuys, CA 91405-1005 |
| JOHN A. BELCHER<br>150 E. COLORADO BLVD., SUITE 215<br>PASADENA, CA 91105-3758 | Jabs Pools and Spas, LLC<br>8055 Matilija Ave.<br>Panorma City, CA 91402-6126 | Jesus Agudelo<br>aka Jesus Columbia<br>944 Airole Way<br>Los Angeles, CA 90077-2602 |
| Jose Napoleon Garcia<br>1525 N. Detroit St., #5<br>Los Angeles, CA 90046-3233 | KN Coating<br>201 E. Tamarack Ave<br>Inglewood, CA 90301-2714 | Kazemi & Associates Constructors<br>11901 Santa Monica Blvd #800<br>Los Angeles, CA 90025-2767 |

| | | |
|---|---|---|
| Kennco Plumbing, Inc.<br>Robert L. Kennedy, Jr., CEO<br>21366 Placerita Canyon Rd.<br>Newhall, CA 91321-1846 | Kennco Plumbing, Inc.<br>Robert L. Kennedy, Jr., CEO<br>26575 Ruether Ave.<br>Santa Clarita, CA 91350-2622 | LA DWP<br>P.O. Box. 30808<br>Los Angeles, CA 90030-0808 |
| Lanes Management Services<br>Theodore Lanes<br>655 Deep Valley Drive 125-P<br>Palos Verdes Peninsula, CA 90274-3615 | (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | Made by TSI, Inc.<br>1840 Jefferson Ave., Apt 303<br>Miami Beach, FL 33139-2461 |
| Made by TSI, Inc.<br>888 Biscayne Blvd #209<br>Miami, FL 33132-1588 | Martin Aguirre<br>112 1/2 North 20th St.<br>Montebello, CA 90640-4041 | Martin Aguirre<br>c/o Nathan D. McMurry<br>8050 N. Palm Ave. Ste. 300<br>Fresno, CA 93711-5510 |
| Michael Pyle LLC dba Centurion LV<br>13932 Arrow Creek Rd<br>Draper, UT 84020-9295 | Midland Contractors, Inc.<br>Po Box 8312<br>Van Nuys, CA 91409-8312 | Mike Fields Bronzes LLC<br>2715 E 36th Ave Apt 6203<br>Spokane, WA 99223-4593 |
| Moises Lopez<br>141 S. Ave. 55 Apt. 40<br>Los Angeles, CA 90042-4635 | Nile Niami<br>c/o Hamid R. Rafatjoo<br>1800 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA 90067-4201 | Parker Resnik<br>Structural Engineering<br>1927 Pontius Ave<br>Los Angeles, CA 90025-5611 |
| Parquet by Dian<br>Dima Efros, CEO<br>16601 S. Main Street<br>Gardena, CA 90248-2722 | Plus Development Group<br>743 Seward St.<br>Los Angeles, CA 90038-3566 | Powertek Electric Inc.<br>Mike Moshrefi, CEO<br>28364 S. Western Ave. # 414<br>Rancho Palos Verdes, CA 90275-1434 |
| Powertek Electric, Inc.<br>Hart Kienle Pentecost<br>4 Hutton Centre Drive, Suite 900<br>Santa Ana, CA 92707<br>Santa Ana, CA 92707-8713 | Pro-Pest, Inc.<br>P.O. Box 3868<br>Valley Village, CA 91617-3868 | Public Insurance Agency Inc.<br>10941 W. Pico Bl.<br>Los Angeles, CA 90064-2117 |
| Public Occurrences, LLC<br>15821 Ventura Blvd. #265<br>Encino, CA 91436-2941 | Rolls Scaffold, Inc.<br>Michael Rolls, CEO<br>11351 County Dr. Ste B<br>Ventura, CA 93004-3559 | SHULMAN BASTIAN FRIEDMAN & BUI LLP<br>Ryan D. O'Dea<br>100 Spectrum Center Drive, Ste. 600<br>Irvine, CA 92618-4969 |
| Samuel A. Newman, Esq.<br>Genevieve G. Weiner, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013-3000 | Santos Gerardina Garcia<br>509 Union Drive Apt. #206<br>Los Angeles, CA 90017-1526 | Showroom Interiors LLC<br>8905 Rex Road<br>Pico Rivera, CA 90660-3799 |
| SierraConstellation Partners LLC<br>355 S. Grand Avenue, Suite 1450<br>Los Angeles, CA 90071-3152 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | The Beverly Hills Estates, Inc.<br>Branden Williams<br>8878 Sunset Blvd., West<br>West Hollywood, CA 90069-2108 |

| | | |
|---|---|---|
| The Vertex Companies, Inc.<br>12100 Wilshire Blvd 8th floor<br>Los Angeles, CA 90025-7120 | The Vertex Companies, Inc.<br>147 W. 35th St., 19th Fl.<br>Long Island City, NY 11101 | The Vertex Companies, Inc.<br>400 Libbey Parkway<br>Weymouth MA 02189-3134 |
| Toni Maier-On Location Inc.<br>8033 West Sunset Blvd. #569<br>Los Angeles, CA 90046-2401 | United Specialty Insurance Co.<br>1900 L Don Dodson Drive<br>Bedford, TX 76021-5990 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| Universal Television, LLC<br>100 Universal City Plaza<br>Universal City, CA 91608-1002 | Vesta aka Showroom Interiors, LLC<br>8905 Rex Road<br>Pico Rivera, CA 90660-3799 | Vista Sotheby's Int'l. Realty<br>Chris Adlam<br>16 Malaga Cove Plaza<br>Palos Verdes Peninsula, CA 90274-1306 |
| West Coast Gates<br>339 Isis Ave.<br>Inglewood, CA 90301-2007 | West Valley Green Landscaping, Inc.<br>14761 Tupper St.<br>Panorama City, CA 91402-1222 | Westcoast Gate & Entry Systems, LLC<br>339 Isis Ave<br>Inglewood CA 90301-2007 |
| Westside Estate Agency<br>Kurt Rappaport<br>210 North Canon Dr.<br>Beverly Hills, CA 90210-5302 | YOGI Securities Holdings, LLC<br>Steve Oshins, Auth. Agent<br>1645 Village Center Cir., Ste. 170<br>Las Vegas, NV 89134-6371 | Yaly Martinez Arrazola<br>11804 Kiowa Avenue<br>Apt 4<br>Los Angeles, CA 90049-6024 |
| Yvonne Niami<br>301 Copa de Oro Road<br>Los Angeles, CA 90077-3822 | | |
| Nile Niami<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 | | |