# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

Crestlloyd, LLC

Debtor(s)

CASE NO.: 2:21-bk-18205-DS
ADVERSARY NO.:
BAP/USDC NO.: 2:22-cv-02677-GW
NOTICE OF APPEAL FILED: 04/11/2022
APPEAL DOCKET ENTRY NO.: 279

vs.

Plaintiff(s)

Defendant(s)

**APPEAL DEFICIENCY NOTICE TO:**

☐ **BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**

☒ **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

The following documents and/or filing fee, as indicated below, were not filed on the above-captioned appeal as required by FRBP 8003 and 8009.

☐ Statement of Issues
☐ Designation of Record
☒ Notice of Transcript
☐ Transcript(s)
☐ Filing Fee for Notice of Appeal
☐ Other (*specify*):

Kathleen J. Campbell
Clerk of Court

Date: 05/16/2022    By: /s/ Sonny Milano
                        Deputy Clerk