**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | |
|---|---|
| Crestlloyd, LLC<br><br>Debtor(s) | CASE NO.: 2:21-bk-18205-DS<br>ADVERSARY NO.:<br>BAP/USDC NO.: 2:22-cv-02487-MEMF<br>NOTICE OF APPEAL FILED: 04/11/2022<br>APPEAL DOCKET ENTRY NO.: 272 |
| vs.<br><br>Plaintiff(s)<br><br><br><br>Defendant(s) | **APPEAL DEFICIENCY NOTICE TO:**<br><br>☐ **BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**<br><br>☒ **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA** |

The following documents and/or filing fee, as indicated below, were not filed on the above-captioned appeal as required by FRBP 8003 and 8009.

- ☐ Statement of Issues
- ☒ Designation of Record
- ☒ Notice of Transcript
- ☐ Transcript(s)
- ☐ Filing Fee for Notice of Appeal
- ☐ Other (*specify*):

Kathleen J. Campbell
Clerk of Court

Date: 05/16/2022       By: /s/ Sonny Milano
                              Deputy Clerk