DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JONATHAN D. GOTTLIEB (State Bar No. 339650)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 Case |
| Debtor and Debtor in Possession. | **DECLARATION OF TELEPHONIC NOTICE OF HEARING ON SHORTENED NOTICE** |
| | **Hearing:** <br> Date:   May 26, 2022 <br> Time:   11:30 a.m. <br> Place:  Courtroom 1639 <br>              255 E. Temple Street <br>              Los Angeles, CA  90012 <br>              **VIA ZOOMGOV ONLY** |

1

**DECLARATION OF JONATHAN D. GOTTLIEB**

I, Jonathan D. Gottlieb, hereby declare as follows:

1. I am over the age of 18 and an associate attorney at Levene, Neale, Bender, Yoo & Golubchik L.L.P., bankruptcy counsel to the above-captioned Chapter 11 debtor and debtor in possession (the "Debtor").

2. I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently with respect thereto.

3. I make this declaration regarding telephonic notice of the hearing on the Debtor's *"Motion For Authority To Disburse Funds To Hankey Capital, LLC, A Senior Secured Creditor"* (the "Motion") [Dkt. 325].

4. On May 24, 2022, I caused telephonic notice to be given of the hearing on the above-referenced Motion and related dates and deadlines to those parties as indicated on the list attached hereto as **Exhibit "1"**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of May 2022 at Los Angeles, California.

                                                   _/s/ Jonathan D. Gottlieb_
                                                   JONATHAN D. GOTTLIEB

1
2
3
4 # EXHIBIT 1
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Telephonic Notice re Motion**

**Date: May 24, 2022**

- **Secured Creditor HANKEY CAPITAL, LLC**
  Thomas Geher, Counsel to Hankey Capital, LLC – (310) 712-6820 – spoke to Thomas Geher at 11:14 a.m.
- **Secured Creditor INFERNO INVESTMENTS INC.**
  Kyra Andrassy, Counsel to Inferno Investments Inc. – (714) 445-1000 – left voicemail at 11:55 a.m.
- **Secured Creditor YOGI SECURITIES HOLDINGS, LCC**
  Mark Shinderman, Counsel to Yogi Securities Holdings, LLC – (424) 386-4000 – left voicemail at 11:21 a.m.
- **Secured Creditor HILLDUN CORPORATION**
  Jerrold L. Bregman, Counsel to Hilldun Corporation – (646) 251-9699 – left voicemail message at 11:27 a.m.
- **Secured Creditor J&E TEXTURE, INC.**
  Jennifer L. Kneeland, Counsel to J&E Texture, Inc. – (703) 749-1026 – left voicemail message at 11:30 a.m.
- **Secured Creditor AMERICAN TRUCK & TOOL RENTALS, INC.**
  Ryan O'Dea, Counsel to American Truck & Tool Rentals, Inc. – (949) 340-3400 – spoke to Ryan O'Dea at 11:36 a.m.
- **Secured Creditor KENNCO PLUMBING, INC.[1]**
  Gary A. Weis, Counsel to Kennco Plumbing, Inc. – (661) 367-3033 – got recording, no ability to leave message, unable to leave message at 11:38 a.m.
- **Secured Creditor JMS AIR CONDITIONING**
  Shani Meica – (818) 501-6750 – spoke to Shani Meica at 12:04 p.m.
- **Secured Creditor POWERTEK ELECTRIC, INC.**
  Christopher Elliot, Counsel to Powertek Electric, Inc. – (714) 432-8700 – left voicemail message at 11:42 a.m.
- **Secured Creditor BMC WEST LLC**
  (323) 478-2200 – left voicemail message at 12:17
- **Secured Creditor PARQUET BY DIAN**
  (310) 527-3779 – left voicemail message at 12:09
- **UST**
  Noreen Modoyan, Counsel for UST – (213) 894-4201 – left voicemail message at 11:49 a.m.

---

[1] I am informed and believe that my office contacted Robby Kennedy, President of Kennco Plumbing, Inc. at or around 2:27 p.m. on May 24, 2022.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **DECLARATION OF TELEPHONIC NOTICE OF HEARING ON SHORTENED NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 25, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**    tma@lnbyg.com
- **Jerrold L Bregman**    jbregman@bg.law, ecf@bg.law
- **Marguerite Lee DeVoll**    mdevoll@watttieder.com, zabrams@watttieder.com
- **Karol K Denniston**    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Oscar Estrada**    oestrada@ttc.lacounty.gov
- **Danielle R Gabai**    dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **David B Golubchik**    dbg@lnbyg.com, stephanie@lnbyb.com
- **James Andrew Hinds**    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Robert B Kaplan**    rbk@jmbm.com
- **Jane G Kearl**    jkearl@watttieder.com
- **Jennifer Larkin Kneeland**    jkneeland@watttieder.com, zabrams@watttieder.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **John A Moe**    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- **Samuel A Newman**    sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- **Ryan D O'Dea**    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sharon Oh-Kubisch**    sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Victor A Sahn**    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **William Schumacher**    wschumac@milbank.com, autodocketecf@milbank.com
- **David Seror**    dseror@bg.law, ecf@bg.law
- **Zev Shechtman**    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Mark Shinderman**    mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- **Jessica Wellington    jwellington@bg.law, ecf@bg.law**

**2. SERVED BY UNITED STATES MAIL**: On **May 25, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 25, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY PERSONAL DELIVERY,**
Honorable Deborah J. Saltzman
United States Bankruptcy Court
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 25, 2022 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**