

FILED & ENTERED

MAY 25 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | |
| | Chapter:  11 |
| Debtor. | |
| | **ORDER AND NOTICE OF** |
| | **RESCHEDULED HEARING** |
| | |
| | **OLD TIME:** |
| | Date:   May 26, 2022 |
| | Time:  11:30 AM |
| | Place:  Courtroom 1639 16th fl. |
| | (via ZoomGov) |
| | |
| | **NEW TIME:** |
| | Date:   May 26, 2022 |
| | Time:  1:30 PM |
| | Place:   Courtroom 1639, 16th fl. |
| | (via ZoomGov) |

//

**TO ALL INTERESTED PARTIES:**

      NOTICE IS HEREBY GIVEN that the hearing re docket entry **# 325**, Motion For Authority to Disburse Funds to Hankey Capital, LLC, a Senior Secured Creditor, currently scheduled for  **May 26, 2022 at 11:30 A.M.** before the Honorable Deborah Saltzman, Courtroom 1639, 16th fl. of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles California 90012, **is rescheduled** to **May 26, 2022 at 1:30 P.M.**  in Courtroom 1639, 16th floor, of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, CA 90012.

      **PLEASE TAKE FURTHER NOTICE** that, the courtroom will be closed to the public and the hearing will be held via ZoomGov, which provides both audio and video access. All parties and members of the public may connect to the hearing free of charge. ZoomGov connection information for this hearing will be posted on the Court's public calendar for Judge Saltzman, accessible on the court's website: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx.  More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants.

Video/audio web address: https://cacb.zoomgov.com/j/1603685965

ZoomGov meeting number: 160 368 5965

Password:   080709

Telephone conference lines:      1 (669) 254 5252 or 1 (646) 828 7666


                               ###

      Date: May 25, 2022

Deborah J. Saltzman
United States Bankruptcy Judge