| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>DAVID B. GOLUBCHIK (State Bar No. 185520)<br>TODD M. ARNOLD (State Bar No. 221868)<br>JONATHAN D. GOTTLIEB (State Bar No. 339650)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com<br><br>☐ *Attorney for*: Debtor and Debtor in Possession | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 27 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY llewis     DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>CRESTLLOYD, LLC,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-18205-DS<br>CHAPTER: 11<br><br>**ORDER ON APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 330)**<br><br>DATE: May 26, 2022<br>TIME:  11:30 a.m.<br>COURTROOM: 1639<br>PLACE: 255 E. Temple Street<br>            Los Angeles, CA  90012<br>**VIA ZOOMGOV ONLY** |

1. Name of Applicant (*specify*): Levene, Neale, Bender, Yoo & Golubchik L.L.P.

2. This proceeding was heard at the date and place set forth above and was    ☒ Contested    ☐ Uncontested

3. Appearances were made as follows:
   a. ☒ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): May 5, 2022

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                              Page 1                              **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:

   a. ☒ Application for Payment of Interim Fees is approved as follows:

      (1) ☒ Total amount allowed: $513,566.50

      (2) ☒ Amount or percentage authorized for payment at this time: $513,566.50 less retainer on Petition Date of $61,906.00.

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $35,794.97

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   e. (1) ☐ Application is denied
          ☐ in full
          ☐ in part
          ☐ without prejudice
          ☐ with prejudice

      (2) Grounds for denial *(specify)*:


   f. ☒ The court further orders *(specify)*:

      1. LNBYG is authorized to apply the retainer available on the date of the Debtor's bankruptcy filing, in the amount of $61,906.00, to the allowed fees and costs; and

      2. The Debtor is authorized and instructed to pay to LNBYG the unpaid portion of the allowed fees and costs, in the aggregate amount of $487,455.47 ($513,566.50 plus $35,794.97 less $61,906.00).

                                                ###

Date: May 27, 2022

Deborah J. Saltzman
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                    Page 2                        F 2016-1.3.ORDER.PAYMENT.FEES