DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JONATHAN D. GOTTLIEB (State Bar No. 339650)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**MAY 27 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>             Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**INTERIM ORDER ON MOTION FOR AUTHORITY TO DISBURSE FUNDS TO HANKEY CAPITAL, LLC, A SENIOR SECURED CREDITOR**<br><br>Hearing:<br>Date:  May 26, 2022<br>Time:  11:30 a.m.<br>Place:  Courtroom 1639<br>          255 East Temple Street<br>          Los Angeles, CA  90012<br>          VIA ZOOMGOV ONLY |

A hearing was held at the above time and place on the "Motion for Authority to Disburse Funds to Hankey Capital, LLC, a Senior Secured Creditor" (the "Motion," Docket No. 325), filed by debtor Crestlloyd LLC (the "Debtor").  Appearances were set forth on the record.  Based on the Motion and all documents and evidence in support of the Motion, the objections to the Motion filed by Yogi Securities Holdings, LLC and Inferno Investment, Inc., and the Debtor's response thereto, the record in this case, and the arguments of counsel at the hearing, and for the reasons stated on the record,

/ / /

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Debtor is authorized to pay to Hankey Capital, LLC ("Hankey") the sum of $82,500,000 (the "Payment") on account of Hankey's asserted secured claim(s) in this case;

2. The Payment will be without prejudice to any and all parties' rights to assert claims and defenses as may be appropriate, including but not limited to the right to claw back any portion of the monies paid; and

3. A continued hearing on the Motion to consider payment of any amount in excess of the Payment will be held on June 23, 2022 at 11:30 a.m. with the following briefing schedule:

    a. Supplemental brief by the Debtor to be filed by June 2, 2022;

    b. Any oppositions to the Motion to be filed by June 9, 2022; and

    c. Debtor's response to the oppositions to be filed by June 16, 2022.

### #

Date: May 27, 2022

Deborah J. Saltzman
United States Bankruptcy Judge