United States Bankruptcy Court

Central District of California

In re:                                                                                          Case No. 21-18205-DS

Crestlloyd, LLC                                                                          Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Danielle R Gabai | on behalf of Interested Party Courtesy (NEF) dgabai@danninggill.com  dgabai@ecf.courtdrive.com |
| David Seror | on behalf of Interested Party Courtesy (NEF) dseror@bg.law  ecf@bg.law |
| David B Golubchik | on behalf of Debtor Crestlloyd  LLC dbg@lnbyg.com, stephanie@lnbyb.com |
| Genevieve G Weiner | on behalf of Interested Party Richard Saghian gweiner@sidley.com laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com |
| Hamid R Rafatjoo | on behalf of Interested Party Nile Niami hrafatjoo@raineslaw.com  bclark@raineslaw.com |
| James Andrew Hinds, Jr | on behalf of Creditor Interno Investment  Inc. jhinds@hindslawgroup.com;mduran@hindslawgroup.com, |

District/off: 0973-2                                    User: admin                                    Page 2 of 3
Date Rcvd: May 25, 2022                              Form ID: pdf042                              Total Noticed: 1

mduran@hindslawgroup.com

Jane G Kearl
on behalf of Interested Party J&E Texture  Inc. jkearl@watttieder.com

Jennifer Larkin Kneeland
on behalf of Interested Party J&E Texture  Inc. jkneeland@watttieder.com, zabrams@watttieder.com

Jerrold L Bregman
on behalf of Interested Party Hilldun Corporation jbregman@bg.law  ecf@bg.law

Jessica Wellington
on behalf of Interested Party Courtesy (NEF) jwellington@bg.law  ecf@bg.law

Jessica Wellington
on behalf of Other Professional Theodore Lanes jwellington@bg.law  ecf@bg.law

John A Moe, II
on behalf of Creditor Yogi Securities Holdings  LLC john.moe@dentons.com,
glenda.spratt@dentons.com;derry.kalve@dentons.com

Jonathan Gottlieb
on behalf of Debtor Crestlloyd  LLC jdg@lnbyg.com

Karol K Denniston
on behalf of Interested Party Pacific Union International dba Compass karol.denniston@squirepb.com
travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com

Kyra E Andrassy
on behalf of Creditor Interno Investment  Inc. kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy
on behalf of Interested Party Inferno Investment  Inc. kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lindsey L Smith
on behalf of Debtor Crestlloyd  LLC lls@lnbyb.com, lls@ecf.inforuptcy.com

Marguerite Lee DeVoll
on behalf of Interested Party J&E Texture  Inc. mdevoll@watttieder.com, zabrams@watttieder.com

Mark Shinderman
on behalf of Creditor Yogi Securities Holdings  LLC mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com

Michael S Kogan
on behalf of Interested Party Courtesy (NEF) mkogan@koganlawfirm.com

Noreen A Madoyan
on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov

Oscar Estrada
on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov

Robert B Kaplan
on behalf of Interested Party Courtesy (NEF) rbk@jmbm.com

Ronald N Richards
on behalf of Interested Party Courtesy (NEF) ron@ronaldrichards.com  7206828420@filings.docketbird.com

Ryan D O'Dea
on behalf of Creditor American Truck and Tool Rental rodea@shulmanbastian.com  lgauthier@shulmanbastian.com

Ryan D O'Dea
on behalf of Interested Party Courtesy (NEF) rodea@shulmanbastian.com  lgauthier@shulmanbastian.com

Samuel A Newman
on behalf of Interested Party Richard Saghian sam.newman@sidley.com
samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com

Sharon Oh-Kubisch
on behalf of Interested Party Courtesy (NEF) sokubisch@swelawfirm.com
gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Thomas M Geher
on behalf of Interested Party Courtesy (NEF) tmg@jmbm.com  bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com

Todd M Arnold
on behalf of Debtor Crestlloyd  LLC tma@lnbyg.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

District/off: 0973-2                      User: admin                                   Page 3 of 3
Date Rcvd: May 25, 2022                   Form ID: pdf042                          Total Noticed: 1

Victor A Sahn
on behalf of Interested Party Courtesy (NEF) vsahn@sulmeyerlaw.com
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inf
oruptcy.com

William Schumacher
on behalf of Creditor Yogi Securities Holdings  LLC wschumac@milbank.com, autodocketecf@milbank.com

Zev Shechtman
on behalf of Interested Party Courtesy (NEF) zshechtman@DanningGill.com
danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 34



FILED & ENTERED

MAY 25 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>     Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter:  11<br><br>**ORDER AND NOTICE OF**<br>**RESCHEDULED HEARING**<br><br>**OLD TIME:**<br>Date:  May 26, 2022<br>Time:  11:30 AM<br>Place:  Courtroom 1639 16th fl.<br>(via ZoomGov)<br><br>**NEW TIME:**<br>Date:    May 26, 2022<br>Time:  1:30 PM<br>Place:   Courtroom 1639, 16th fl.<br>(via ZoomGov) |

//

**TO ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that the hearing re docket entry **# 325**, Motion For Authority to Disburse Funds to Hankey Capital, LLC, a Senior Secured Creditor, currently scheduled for  **May 26, 2022 at 11:30 A.M.** before the Honorable Deborah Saltzman, Courtroom 1639, 16th fl. of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles California 90012, **is rescheduled** to **May 26, 2022 at 1:30 P.M.**  in Courtroom 1639, 16th floor, of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, CA 90012.

**PLEASE TAKE FURTHER NOTICE** that, the courtroom will be closed to the public and the hearing will be held via ZoomGov, which provides both audio and video access. All parties and members of the public may connect to the hearing free of charge. ZoomGov connection information for this hearing will be posted on the Court's public calendar for Judge Saltzman, accessible on the court's website: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx.  More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants.

Video/audio web address: https://cacb.zoomgov.com/j/1603685965

ZoomGov meeting number: 160 368 5965

Password:   080709

Telephone conference lines:     1 (669) 254 5252 or 1 (646) 828 7666

###

Date: May 25, 2022

Deborah J. Saltzman
United States Bankruptcy Judge