United States Bankruptcy Court

Central District of California

In re:                                                                      Case No. 21-18205-DS

Crestlloyd, LLC                                                             Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Danielle R Gabai | on behalf of Interested Party Courtesy (NEF) dgabai@danninggill.com  dgabai@ecf.courtdrive.com |
| David Seror | on behalf of Interested Party Courtesy (NEF) dseror@bg.law  ecf@bg.law |
| David B Golubchik | on behalf of Debtor Crestlloyd  LLC dbg@lnbyg.com, stephanie@lnbyb.com |
| Genevieve G Weiner | on behalf of Interested Party Richard Saghian gweiner@sidley.com laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com |
| Hamid R Rafatjoo | on behalf of Interested Party Nile Niami hrafatjoo@raineslaw.com  bclark@raineslaw.com |
| James Andrew Hinds, Jr | on behalf of Creditor Interno Investment  Inc. jhinds@hindslawgroup.com;mduran@hindslawgroup.com, |

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2022 | Form ID: pdf042 | Total Noticed: 1 |

mduran@hindslawgroup.com

Jane G Kearl
    on behalf of Interested Party J&E Texture  Inc. jkearl@watttieder.com

Jennifer Larkin Kneeland
    on behalf of Interested Party J&E Texture  Inc. jkneeland@watttieder.com, zabrams@watttieder.com

Jerrold L Bregman
    on behalf of Interested Party Hilldun Corporation jbregman@bg.law  ecf@bg.law

Jessica Wellington
    on behalf of Interested Party Courtesy (NEF) jwellington@bg.law  ecf@bg.law

Jessica Wellington
    on behalf of Other Professional Theodore Lanes jwellington@bg.law  ecf@bg.law

John A Moe, II
    on behalf of Creditor Yogi Securities Holdings  LLC john.moe@dentons.com,
glenda.spratt@dentons.com;derry.kalve@dentons.com

Jonathan Gottlieb
    on behalf of Debtor Crestlloyd  LLC jdg@lnbyg.com

Karol K Denniston
    on behalf of Interested Party Pacific Union International dba Compass karol.denniston@squirepb.com
travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com

Kyra E Andrassy
    on behalf of Creditor Interno Investment  Inc. kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy
    on behalf of Interested Party Inferno Investment  Inc. kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lindsey L Smith
    on behalf of Debtor Crestlloyd  LLC lls@lnbyb.com, lls@ecf.inforuptcy.com

Marguerite Lee DeVoll
    on behalf of Interested Party J&E Texture  Inc. mdevoll@watttieder.com, zabrams@watttieder.com

Mark Shinderman
    on behalf of Creditor Yogi Securities Holdings  LLC mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com

Michael S Kogan
    on behalf of Interested Party Courtesy (NEF) mkogan@koganlawfirm.com

Noreen A Madoyan
    on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov

Oscar Estrada
    on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov

Robert B Kaplan
    on behalf of Interested Party Courtesy (NEF) rbk@jmbm.com

Ronald N Richards
    on behalf of Interested Party Courtesy (NEF) ron@ronaldrichards.com  7206828420@filings.docketbird.com

Ryan D O'Dea
    on behalf of Creditor American Truck and Tool Rental rodea@shulmanbastian.com  lgauthier@shulmanbastian.com

Ryan D O'Dea
    on behalf of Interested Party Courtesy (NEF) rodea@shulmanbastian.com  lgauthier@shulmanbastian.com

Samuel A Newman
    on behalf of Interested Party Richard Saghian sam.newman@sidley.com
samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com

Sharon Oh-Kubisch
    on behalf of Interested Party Courtesy (NEF) sokubisch@swelawfirm.com
gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Thomas M Geher
    on behalf of Interested Party Courtesy (NEF) tmg@jmbm.com  bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com

Todd M Arnold
    on behalf of Debtor Crestlloyd  LLC tma@lnbyg.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

District/off: 0973-2                          User: admin                                   Page 3 of 3
Date Rcvd: May 27, 2022                       Form ID: pdf042                           Total Noticed: 1

Victor A Sahn
                    on behalf of Interested Party Courtesy (NEF) vsahn@sulmeyerlaw.com
                    pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inf
                    oruptcy.com

William Schumacher
                    on behalf of Creditor Yogi Securities Holdings  LLC wschumac@milbank.com, autodocketecf@milbank.com

Zev Shechtman
                    on behalf of Interested Party Courtesy (NEF) zshechtman@DanningGill.com
                    danninggill@gmail.com;zshechtman@ecf.inforuptcy.com


TOTAL: 34

1  DAVID B. GOLUBCHIK (State Bar No. 185520)
   TODD M. ARNOLD (State Bar No. 221868)
2  JONATHAN D. GOTTLIEB (State Bar No. 339650)
   LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
3  2818 La Cienega Avenue
   Los Angeles, California 90034
4  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
5  Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com

6  Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**MAY 27 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis      DEPUTY CLERK

7
8                    **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                    **LOS ANGELES DIVISION**

11  In re                                      Case No. 2:21-bk-18205-DS

12  CRESTLLOYD, LLC,                           Chapter 11

13                    Debtor.

14                                             **INTERIM ORDER ON MOTION FOR
                                               AUTHORITY TO DISBURSE FUNDS TO
15                                             HANKEY CAPITAL, LLC, A SENIOR
                                               SECURED CREDITOR**

16                                             Hearing:
                                               Date:  May 26, 2022
17                                             Time:  11:30 a.m.
                                               Place: Courtroom 1639
18                                                     255 East Temple Street
                                                       Los Angeles, CA  90012
19                                                     VIA ZOOMGOV ONLY

20          A hearing was held at the above time and place on the "Motion for Authority to Disburse

21  Funds to Hankey Capital, LLC, a Senior Secured Creditor" (the "Motion," Docket No. 325), filed

22  by debtor Crestlloyd LLC (the "Debtor").  Appearances were set forth on the record.  Based on

23  the Motion and all documents and evidence in support of the Motion, the objections to the Motion

24  filed by Yogi Securities Holdings, LLC and Inferno Investment, Inc., and the Debtor's response

25  thereto, the record in this case, and the arguments of counsel at the hearing, and for the reasons

26  stated on the record,

27  / / /

28

                                               1

IT IS HEREBY ORDERED AS FOLLOWS:

1.    The Debtor is authorized to pay to Hankey Capital, LLC ("Hankey") the sum of $82,500,000 (the "Payment") on account of Hankey's asserted secured claim(s) in this case;

2.    The Payment will be without prejudice to any and all parties' rights to assert claims and defenses as may be appropriate, including but not limited to the right to claw back any portion of the monies paid; and

3.    A continued hearing on the Motion to consider payment of any amount in excess of the Payment will be held on June 23, 2022 at 11:30 a.m. with the following briefing schedule:

   a.  Supplemental brief by the Debtor to be filed by June 2, 2022;

   b.  Any oppositions to the Motion to be filed by June 9, 2022; and

   c.  Debtor's response to the oppositions to be filed by June 16, 2022.

### # ###

Date: May 27, 2022

Deborah J. Saltzman
United States Bankruptcy Judge

2