JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re Crestlloyd, LLC,<br><br>                    Debtor. | Case No. 2:22-cv-02677-FLA<br>             2:21-bk-18205-DS<br>**ORDER DISMISSING ACTION [DKT. 15]** |

1

On June 29, 2022, Appellant Inferno Investment, Inc. and Appellees Crestlloyd, LLC, Yogi Securities Holdings, LLC, Richard Saghian, Nile Niami, Italian Luxury Group LLC, Italian Luxury Design, Yvonne Niami, and Hankey Capital, LLC (collectively, the "Parties") filed a Stipulation to Dismiss Appeal ("Stipulation"), dismissing the appeal pursuant to Fed. R. Bankr. P. 8023. Dkt. 15 at 1-2. The Parties state that the remaining two parties identified as Appellees on the docket, J&E Textures, Inc. and American Truck & Tool Rentals, Inc., have liens that have been paid in full by the consent of the parties and no longer have any interest in the outcome of the appeal. *Id.* at 2 n. 1.

Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this appeal are VACATED.
2. The court DISMISSES the appeal with each party to bear its own attorney's fees and costs in connection with the appeal.

IT IS SO ORDERED.

Dated: June 30, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge

2